

1  D. PETER HARVEY (SBN 55712)
   pharvey@harveysiskind.com
2  SETH I. APPEL (SBN 233421)
   sappel@harveysiskind.com
3  HARVEY SISKIND LLP
4  Four Embarcadero Center, 39th Floor
   San Francisco, CA 94111
5  Telephone:    (415) 354-0100
   Facsimile:    (415) 391-7124
6

7  Attorneys for Plaintiff
8  INTEL CORPORATION

**E-filing**

9

10        IN THE UNITED STATES DISTRICT COURT

11        FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  INTEL CORPORATION, a Delaware      )   CV **08   2129**
    corporation,                       )   Case No.
14                                     )   **COMPLAINT FOR DAMAGES AND**
              Plaintiff,               )   **INJUNCTIVE RELIEF**
15                                     )
                                       )   **DEMAND FOR JURY TRIAL**
16         vs.                         )
                                       )
17  INTELLINITIATIVE, INC., a Delaware )
    corporation,                       )
18                                     )
              Defendant.               )
19                                     )

20

21        Plaintiff Intel Corporation ("Intel") alleges as follows:

22        1.    This action arises from unauthorized use of the trade name and trademark

23  INTELLINITIATIVE, and the domain name www.intellinitiative.com, by Intellinitiative, Inc.

24  ("Intellinitiative").

25        2.    By using a trade name and trademark that wholly incorporate and emphasize the world

26  famous INTEL® trademark, Intellinitiative has caused and is likely to continue to cause confusion that

27  Intel is the source or sponsor of Intellinitiative's products and services, or that there is an association

28  between Intel and Intellinitiative. In addition, Intellinitiative's acts are causing, and/or are likely to

1  cause, dilution of the INTEL® trademark.  Consequently, Intel seeks injunctive relief and damages

2  under the federal Lanham Act (15 U.S.C. §§ 1051, *et seq.*), the California Business and Professions

3  Code, and the common law doctrines of passing off and unfair competition.

4  **I.     JURISDICTION**

5       3.     This Court has personal jurisdiction over Intellinitiative because it conducts business in

6  the State of California and, on information and belief, within this judicial district.

7       4.     This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C.

8  §§ 1331, 1332, 1338 and 1367.  Intel's claims are, in part, based on violations of the Lanham Act, as

9  amended, 15 U.S.C. §§ 1051, *et seq.*  The Court has jurisdiction over the state law claims pursuant to

10  28 U.S.C. §§ 1332, 1338(b), and 1367.

11  **II.     INTRADISTRICT ASSIGNMENT**

12       5.     This is an intellectual property action and therefore shall be assigned on a district-wide

13  basis per Civil L.R. 3-2(c).

14  **III.     THE PARTIES**

15       6.     Plaintiff Intel is a Delaware corporation having its principal place of business at 2200

16  Mission College Boulevard, Santa Clara, California.  Intel offers a wide variety of goods and services,

17  which are sold worldwide and throughout the United States, including in the Northern District of

18  California.

19       7.     Upon information and belief, Defendant Intellinitiative has a principal place of business

20  at 100 I Street, South Boston, Massachusetts.   Intellinitiative offers various games, which are

21  promoted at the website www.intellinitiative.com.  Upon information and belief, these games are

22  available for purchase over the Internet, by mail, and at retail stores, including retail stores in

23  California, and Intellinitiative has customers and targets consumers within this state.

24  **IV.     INTEL'S BUSINESS AND MARKS**

25       8.     Intel is a world-famous company that develops, manufactures and sells a wide variety of

26  computer, communications and Internet-related products and services including components used for

27  gaming, marketing, consulting, business management, financial services, and new technology

28

1   development.  Intel's customers include individual consumers, businesses, schools, and the

2   government.

3         9.     For 40 years, Intel has used INTEL as a trade name, trademark and service mark to

4   identify virtually its entire line of products and services.  INTEL is one of the most valuable, respected

5   and famous names and trademarks in the world.  Indeed, *The Wall Street Journal* has regularly

6   recognized the INTEL mark as one of America's most valuable brand names.  From 1995 to 2000,

7   *Fortune* magazine recognized Intel as one of the top ten "Most Admired Corporations in America," an

8   honor Intel has shared alongside such companies as General Electric, Microsoft and Coca-Cola.  In

9   2007, the INTEL brand was ranked seventh in the world in Interbrand's Best Global Brands survey,

10  with an estimated value of $31 billion.

11       10.    The game industry is one of the many industries in which Intel has had success.  For

12  example, Intel partners with and sells integrated circuits to video game manufactures, and it sponsors

13  gaming events, such as the World Series of Video Games.  Over the years Intel has offered both board

14  games and stand-alone video games.

15       11.    Intel uses INTEL as its "house mark" on or in connection with virtually every product

16  and service it sells.  Intel also regularly uses its INTEL house mark in conjunction with hundreds of

17  other terms as the names of particular goods or services.  Thus, consumers are accustomed to seeing

18  the INTEL mark combined with other terms to identify goods and services that originate from Intel.  In

19  2007 alone, Intel sold over $38.3 billion of INTEL branded goods and services and, in the last twelve

20  years, Intel has sold over $364 billion of goods and services under the INTEL name and mark.

21       12.    Intel is the owner of numerous U.S. trademark registrations for the mark INTEL,

22  including the following:

23            a.   Intel is the owner of U.S. Trademark Registration Nos. 914,978 and 938,772 issued

24  on June 15, 1971 and July 25, 1972, respectively, for the mark INTEL for use in connection with

25  integrated circuits, registers and semiconductor memories and equipment for the testing and

26  programming thereof.  These registrations, duly and legally issued by the United States Patent and

27  Trademark Office, are valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the

28

1    notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. Copies of these

2    registrations are attached hereto as Exhibits A and B.

3            b.    Intel is the owner of U.S. Trademark Registration No. 939,641 issued on August 1,

4    1972 for the mark INTEL for use in connection with integrated circuits, registers, and semiconductor

5    memories. This registration, duly and legally issued by the United States Patent and Trademark

6    Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

7    registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

8    attached hereto as Exhibit C.

9            c.    Intel is the owner of U.S. Trademark Registration No. 1,022,563, issued on October

10   14, 1975, for the mark INTEL for use in connection with microcomputers, microcontrollers, and

11   microprocessors. This registration, duly and legally issued by the United States Patent and Trademark

12   Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

13   registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

14   attached hereto as Exhibit D.

15           d.    Intel is the owner of U.S. Trademark Registration No. 1,573,324, issued on

16   December 26, 1989, for the mark INTEL for use in connection with printed material, namely, technical

17   manuals, pamphlets, user and product manuals, all of which relate to the field of information and data

18   technology and semiconductor devices. This registration, duly and legally issued by the United States

19   Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

20   Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy

21   of this registration is attached hereto as Exhibit E.

22           e.    Intel is the owner of U.S. Trademark Registration No. 1,723,243, issued on

23   October 13, 1992, for the mark INTEL for use in connection with metal key rings, watches, note paper,

24   note cards, posters, microprocessor chip die plot prints as art prints, pencils, ball point pens, ink pens

25   and stationery folders; plastic key chain tags; mugs and water bottles sold empty, jigsaw puzzles, golf

26   balls, golf tees and golf ball markers. This registration, duly and legally issued by the United States

27   Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy

2  of this registration is attached hereto as Exhibit F.

3        f.  Intel is the owner of U.S. Trademark Registration No. 1,725,692, issued on

4  October 20, 1992, for the mark INTEL for use in connection with, among other things, sports bags,

5  gym bags and carry-on bags; towels, and clothing. This registration, duly and legally issued by the

6  United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

7  U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. §

8  1111. A copy of this registration is attached hereto as Exhibit G.

9        g.  Intel is the owner of U.S. Trademark Registration No. 2,171,778, issued on July 7,

10  1998, for the mark INTEL for use in connection with, among other things, computer operating system

11  software, computer hardware, integrated circuits, integrated circuit chips, microprocessors, printed

12  circuit boards, video circuit boards, audio-video circuit boards, video graphic accelerators, multimedia

13  accelerators, video processors, computer hardware and software for the development, maintenance, and

14  use of interactive audio-video computer conference systems, and computer hardware and software for

15  the receipt, display and use of broadcast video, audio and data signals. This registration, duly and

16  legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable

17  pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant

18  to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit H.

19        h.  Intel is the owner of U.S. Trademark Registration No. 2,194,121 issued on

20  October 6, 1998, for the mark INTEL for use in connection with, among other things, printed

21  materials, namely, books, magazines, newsletters, journals, operating manuals, users guides,

22  pamphlets, and brochures about, for use with and directed to users of, computer operating system

23  software; computer operating programs; computer system tools; computer application software;

24  computer hardware; computer components; integrated circuits; microprocessors; computer memory

25  devices; video graphic accelerators; multimedia accelerators; video processors; and fax/modems. This

26  registration, duly and legally issued by the United States Patent and Trademark Office, is valid,

27  subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®,"

28

1  with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as

2  Exhibit I.

3          i.   Intel is the owner of U.S. Trademark Registration No. 2,251,962 issued on June 8,

4  1999, for the mark INTEL for use in connection with clocks, jewelry, cuff links, key chains, necklaces,

5  necktie fasteners, lapel pins, pendants, piggy banks, trophies and watches. This registration, duly and

6  legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable

7  pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant

8  to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit J.

9          j.   Intel is the owner of U.S. Trademark Registration No. 2,251,961 issued on June 8,

10  1999, for the mark INTEL for use in connection with binders, bookends, boxes for pens, calendars,

11  tablets, note cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils, folders,

12  paperweights, pen and pencil holders, photograph stands, erasers, markers, desk sets, and desk

13  organizers. This registration, duly and legally issued by the United States Patent and Trademark

14  Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

15  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

16  attached hereto as Exhibit K.

17          k.   Intel is the owner of U.S. Trademark Registration No. 2,250,491 issued on June 1,

18  1999, for the mark INTEL for use in connection with travel bags, luggage, school bags, back packs,

19  beach bags, duffel bags, fanny packs, and umbrellas. This registration, duly and legally issued by the

20  United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

21  U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. §

22  1111. A copy of this registration is attached hereto as Exhibit L.

23          l.   Intel is the owner of U.S. Trademark Registration No. 2,254,525 issued on June 15,

24  1999, for the mark INTEL for use in connection with T-shirts, shirts, jackets, headwear, hats, polo

25  shirts, and infant rompers. This registration, duly and legally issued by the United States Patent and

26  Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the

27  notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this

28  registration is attached hereto as Exhibit M.

1          m.    Intel is the owner of U.S. Trademark Registration No. 2,261,531 issued on

2    July 13, 1999, for the mark INTEL for use in connection with toys, dolls, bean bags, and Christmas

3    tree ornaments.  This registration, duly and legally issued by the United States Patent and Trademark

4    Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of

5    registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

6    attached hereto as Exhibit N.

7          n.  Intel is the owner of U.S. Trademark Registration No. 2,276,580 issued on

8    September 7, 1999 for the mark INTEL for use in connection with mugs and sports bottles.  This

9    registration, duly and legally issued by the United States Patent and Trademark Office, is valid,

10   subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®,"

11   with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as

12   Exhibit O.

13         o.  Intel is the owner of U.S. Trademark Registration No. 2,446,693, issued on

14   April 24, 2001, for the mark INTEL for use in connection with, among other things, computers,

15   computer hardware, software for use in operating and maintaining computer systems, microprocessors,

16   integrated circuits, computer chipsets, computer motherboards, computer graphics boards, and

17   computer networking hardware.  This registration, duly and legally issued by the United States Patent

18   and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses

19   the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this

20   registration is attached hereto as Exhibit P.

21         p.  Intel is the owner of U.S. Trademark Registration No. 2,462,327, issued on June 19,

22   2001, for the mark INTEL for use in connection with, among other things, computer hardware and

23   software for use in imaging and photographic applications.  This registration, duly and legally issued

24   by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

25   U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

26   § 1111.  A copy of this registration is attached hereto as Exhibit Q.

27         q.  Intel is the owner of U.S. Trademark Registration No. 2,585,551, issued on June 25,

28   2002, for the mark INTEL for use in connection with, among other things, computer hardware

1  installation and repair services; arranging and conducting educational conferences and seminars in the

2  fields of computers, telecommunications, and computer networking, and distributing course materials

3  in connection therewith; development, publishing and dissemination of educational materials in the

4  fields of computers, telecommunications and computer networking for others; interactive and non-

5  interactive computer education training services; providing information via global computer network

6  in the fields of education and entertainment; provision of interactive and non-interactive electronic

7  information services on a wide variety of topics; development of local and wide area computer

8  networks for others; computer web site design services; computer software design for others;

9  development of interactive and non-interactive web pages for the global computer network for others;

10  providing on-line newspapers, magazines, instructional manuals in the fields of technology,

11  entertainment, education and business; and development, maintenance, and provision of interactive and

12  non-interactive electronic bulletin boards services in the fields of entertainment and education. This

13  registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

14  subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

15  § 1111. A copy of this registration is attached hereto as Exhibit R.

16      r.  Intel is the owner of U.S. Trademark Registration No. 2,742,174, issued on July 29,

17  2003, for the mark INTEL for use in connection with, among other things, installation, repair,

18  maintenance, support and consulting services for computer-related and communications-related goods;

19  providing on-line publications, namely, books, brochures, white papers, catalogs and pamphlets in the

20  fields of computer and information technology; and designing and developing standards for others in

21  the design and implementation of computer software, computer hardware and telecommunications

22  equipment. This registration, duly and legally issued by the United States Patent and Trademark

23  Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant

24  to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit S.

25      s.  Intel is the owner of U.S. Trademark Registration No. 3,029,954, issued on

26  December 13, 2005, for the mark INTEL for use in connection with, among other things,

27  semiconductor and microprocessor cartridges; internet and web servers; internet and web caching

28  servers; wireless and remote computer peripherals; computer hardware and software for enabling web

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

portals; computer hardware and software for digital encryption, identification and certification; computer hardware and software to enable remote encrypted networking; computer hardware and software to enable secure data transmission via networks, the internet and world wide web; and computer consultation services, namely, web design and development services. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit T.

t.  Intel is the owner of U.S. Trademark Registration No. 3,136,102, issued on August 29, 2006, for the mark INTEL for use in connection with telecommunication services, namely, electronic and digital transmission of data, documents, audio and video via computer terminals. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit U.

u.  Intel is the owner of U.S. Trademark Registration No. 3,173,391, issued on November 21, 2006, for the mark INTEL for use in connection with telecommunications consulting services. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit V.

13.  In addition to using INTEL as a trade name, a trademark, and a service mark, Intel also owns a large family of marks that incorporate INTEL as a prominent component of the mark. For example, in 1991, Intel developed and launched a cooperative advertising and licensing program referred to as the "Intel Inside® Program." As part of this program, Intel adopted and began to use the trademarks INTEL INSIDE and INTEL INSIDE & SWIRL Logo (collectively referred to as the "INTEL INSIDE Marks"). Additionally, it licensed the INTEL INSIDE Marks to PC manufacturers to communicate to the end customer that the manufacturers' products, such as personal desktop computers, laptop computers and workstations, were designed with genuine Intel microprocessors. Among Intel's many thousands of OEM ("Original Equipment Manufacturers") licensees worldwide are giants of the computer industry such as Dell, Gateway, Hewlett-Packard, IBM, and Sony. Intel's

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  OEM licensees have undoubtedly sold many billions of dollars worth of computer products bearing the

2  INTEL INSIDE Marks (this ubiquitous mark was changed last year to the INTEL mark). The

3  combined advertising expenditure by Intel and Intel's licensees under the INTEL INSIDE Marks has

4  averaged over one billion dollars for each of the last few years. Through extensive advertising and

5  promotion by Intel and its licensees, advertisements reflecting the INTEL and INTEL INSIDE Marks

6  have most likely created billions of impressions.

7         14.  Intel is the owner of numerous U.S. trademark registrations for the INTEL INSIDE

8  Marks, including Reg. No. 1,705,796 and Reg. No. 2,179,209. Copies of these registrations are

9  attached hereto as Exhibits W and X.

10         15.  Intel owns many other U.S. trademark registrations for its family of INTEL formative

11  marks. These include: INTEL INSIDE PENTIUM 4 HT, INTEL INSIDE PENTIUM 4HT

12  EXTREME EDITION, INTEL SPEEDSTEP, INTEL XSCALE, INTEL NETMERGE, INTEL

13  NETBURST, INTEL NETSTRUCTURE, INTEL VIIV, INTEL CORE, INTEL LEAP AHEAD, and

14  INTEL CORE DUO INSIDE. Copies of these registrations are attached hereto as Exhibits Y through

15  SS.

16         16.  Intel is also the owner of several California trademark registrations for the mark INTEL

17  (CA Reg. No. 63565; CA Reg. No. 94220; CA Reg. No. 94221). Copies of these registrations are

18  attached hereto as Exhibits TT through VV.

19         17.  Through its extensive use, Intel also owns common law trademark rights in INTEL and

20  its family of INTEL-formative marks, for all of the goods and services and activities identified herein.

21         18.  Intel maintains an Internet site on the World Wide Web at the address

22  http://www.intel.com. Intel has used its trade name and trademark as an Internet address in order to

23  make it easy for customers to locate Intel's web site, and to identify that the web site is owned by Intel.

24  Intel's web site features the INTEL marks and many other INTEL composite marks.

25         19.  As a consequence of the extensive sales, advertising, promotion, and use of the INTEL

26  and INTEL formative trademarks, Intel has developed enormous recognition for its products and

27  services under the INTEL mark and has acquired and enjoys an immensely valuable reputation and

28

1   tremendous goodwill under the mark. The INTEL mark is world renowned, and is a "famous" mark

2   for purposes of 15 U.S.C. § 1125(c)(1).

3   **V.    INTELLINITIATIVE'S BUSINESS**

4        20.    Intellinitiative, which maintains a website at www.intellinitiative.com, offers various

5   games.

6        21.    The INTELLINITIATIVE trade name and trademark wholly incorporate and emphasize

7   the INTEL trademark. The dominant portion of the INTELLINITIATIVE name and mark is virtually

8   identical in sight and sound to the world famous INTEL trademark.

9        22.    Despite Intel's numerous attempts to resolve the dispute amicably, Intellinitiative has

10  persisted in using the INTELLINITIATIVE trade name and trademark, leaving Intel no choice but to

11  file this Complaint.

12  <center>**FIRST CAUSE OF ACTION**

13  **TRADEMARK INFRINGEMENT**

14  **(15 U.S.C. § 1114)**</center>

15       23.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs

16  1 through 22 of this Complaint.

17       24.    Upon information and belief, Intellinitiative was aware of Intel's business and its

18  INTEL mark prior to the adoption and use of the INTELLINITIATIVE trade name and trademark.

19       25.    Intellinitiative either had actual notice and knowledge, or had constructive notice, of

20  Intel's ownership and registrations of the INTEL mark pursuant to 15 U.S.C. § 1072 prior to

21  Intellinitiative's adoption and use of the INTELLINITIATIVE trade name and trademark.

22       26.    Intellinitiative is using the INTELLINITIATIVE trade name and trademark in

23  connection with the sale of its products without consent, and with knowledge of Intel's rights.

24       27.    Intellinitiative's unauthorized use of the INTELLINITIATIVE trade name and

25  trademark falsely indicates to consumers that Intellinitiative's products and services are in some

26  manner connected with, sponsored by, affiliated with, or related to Intel, Intel's licensees, or the goods

27  and services of Intel and Intel's licensees.

28

<center>-11-</center>

28.    Intellinitiative's unauthorized use of the INTELLINITIATIVE trade name and trademark is also likely to cause consumers to be confused as to the source, nature and quality of the products Intellinitiative is promoting or selling.

29.    Intellinitiative's unauthorized use of the INTELLINITIATIVE trade name and trademark in connection with the sale of its products allows, and will continue to allow, Intellinitiative to receive the benefit of the goodwill established at great labor and expense by Intel and to gain acceptance of Intellinitiative's goods and services, not based on the merits of those goods or services, but on Intel's reputation and goodwill.

30.    Intellinitiative's unauthorized use of the INTELLINITIATIVE trade name and trademark in connection with the sale of its goods and services deprives Intel of the ability to control the consumer perception of the quality of the goods and services marketed under the INTEL mark, and places Intel's valuable reputation and goodwill in the hands of Intellinitiative, over which Intel has no control.

31.    Intellinitiative has caused confusion and is likely to cause further confusion, or to cause mistake, or to deceive consumers or potential consumers in violation of 15 U.S.C. § 1114.

32.    Intel has been, is now, and will be irreparably injured and damaged by Intellinitiative's trademark infringement, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at law.

### SECOND CAUSE OF ACTION
### FALSE DESIGNATION OF ORIGIN
### (15 U.S.C. § 1125(A))

33.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 32 of this Complaint.

34.    Intellinitiative's unauthorized use of the INTELLINITIATIVE trade name and trademark falsely suggests that its products are connected with, sponsored by, affiliated with, or related to Intel, and constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

35.     Intel has been, is now, and will be irreparably injured and damaged by Intellinitiative's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

## THIRD CAUSE OF ACTION
## FEDERAL TRADEMARK DILUTION
### (15 U.S.C. § 1125(C))

36.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 35 of this Complaint.

37.     The INTEL mark is world-renowned.  It is a famous mark that is widely recognized by consumers, businesses and industry, and that identifies the products and services of Intel in the minds of consumers.

38.     Intellinitiative's unauthorized use of the INTELLINITIATIVE trade name and trademark began after Intel's mark had become famous.

39.     Intellinitiative's unauthorized use of the INTELLINITIATIVE trade name and trademark has, and will continue to have, an adverse effect upon the value and distinctive quality of the INTEL mark.  Intellinitiative's acts blur and whittle away at the distinctiveness and identity-evoking quality of the INTEL mark.  Intellinitiative's acts have diluted and are likely to continue diluting the famous INTEL mark in violation of 15 U.S.C. § 1125(c).

40.     Intel has been, is now, and will be irreparably injured and damaged by Intellinitiative's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

## FOURTH CAUSE OF ACTION
## INJURY TO BUSINESS REPUTATION AND
## DILUTION UNDER CALIFORNIA LAW
### (CAL. BUS. & PROF. CODE §14247)

41.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 40 of this Complaint.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

42.    Intellinitiative's unauthorized use of the INTELLINITIATIVE trade name and trademark is likely to injure Intel's business reputation, and has diluted, and/or is likely to dilute, the distinctive quality of the INTEL mark and trade name in violation of the California Business and Professions Code §14247.

43.    Intellinitiative willfully intended to trade on Intel's image and reputation and to dilute the INTEL trademark, acted with reason to know, or was willfully blind as to the consequences of its actions.

44.    Intellinitiative's wrongful acts have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law for Intellinitiative's dilution.

45.    Intel is therefore entitled to a judgment enjoining and restraining Intellinitiative from engaging in further acts of dilution pursuant to California Business and Professions Code § 14247.

### FIFTH CAUSE OF ACTION
### INFRINGEMENT UNDER CALIFORNIA LAW
### (CAL. BUS. & PROF. CODE § 14245)

46.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 45 of this Complaint.

47.    Intellinitiative's unauthorized use of the INTELLINITIATIVE trade name and trademark in connection with the sale, offering for sale, distribution or advertising of its products is likely to cause confusion or mistake or to deceive as to the source or origin of its goods and/or services in violation of California Business and Professions Code § 14245.

48.    Upon information and belief, Intellinitiative's infringement has been with knowledge of Intel's rights.

49.    Intel has been, is now, and will be irreparably injured and damaged by Intellinitiative's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

///

///

1

2

3

### SIXTH CAUSE OF ACTION
### COMMON LAW PASSING OFF
### AND UNFAIR COMPETITION

4      50.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs

5   1 through 49 of this Complaint.

6      51.    Intellinitiative's unauthorized use of the Intellinitiative trade name and trademark

7   constitutes passing off and unfair competition of the INTEL mark in violation of the common law of

8   California.

9      52.    Intellinitiative's wrongful acts have caused and will continue to cause Intel irreparable

10   harm.  Intel has no adequate remedy at law.

11      53.    Intel is entitled to a judgment enjoining and restraining Intellinitiative from engaging in

12   further acts of infringement and unfair competition.

13

14

15

### SEVENTH CAUSE OF ACTION
### UNFAIR COMPETITION
### (CAL. BUS & PROF. CODE § 17200)

16      54.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1

17   through 53 of this Complaint.

18      55.    Intellinitiative's acts described above constitute unfair competition in violation of

19   California Business and Professional Code § 17200 et seq., as they are likely to deceive the public.

20      56.    Intellinitiative's acts of unfair competition have caused and will continue to cause Intel

21   irreparable harm.  Intel has no adequate remedy at law for Intellinitiative's unfair competition.

22      57.    Intel is entitled to a judgment enjoining and restraining Intellinitiative from engaging in

23   further unfair competition.

### PRAYER FOR RELIEF

24

25   WHEREFORE, Intel prays for relief as follows:

26      1.    Entry of an order and judgment requiring that Intellinitiative and its officers, agents,

27   servants, employees, owners and representatives, and all other persons, firms or corporations in active

28   concert or participation with it, be enjoined and restrained from (a) using in any manner the INTEL

1    mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly

2    similar to or a colorable imitation of this mark, including, without limitation, any trade name and

3    trademark incorporating the term "INTELLINITIATIVE;" (b) doing any act or thing calculated or

4    likely to cause confusion or mistake in the minds of members of the public, or prospective customers

5    of Intel's products or services, as to the source of the products or services offered for sale, distributed,

6    or sold, or likely to deceive members of the public, or prospective customers, into believing that there

7    is some connection between Intellinitiative and Intel; and (c) committing any acts which will tarnish,

8    blur, or dilute, or likely to tarnish, blur, or dilute the distinctive quality of the famous INTEL mark;

9        2.    A judgment ordering Intellinitiative, pursuant to 15 U.S.C. § 1116(a), to file with this

10   Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing

11   under oath setting forth in detail the manner and form in which Intellinitiative has complied with the

12   injunction, ceased all sales of goods and services under the INTELLINITIATIVE trade name and

13   trademark as set forth above;

14       3.    A judgment ordering Intellinitiative, pursuant to 15 U.S.C. § 1118, to deliver up for

15   destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing

16   matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs,

17   circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids,

18   receptacles or other matter in the possession, custody, or under the control of Intellinitiative or its

19   agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a

20   colorable imitation of this mark, including without limitation the INTELLINITIATIVE trade name and

21   trademark, both alone and in combination with other words or terms;

22       4.    A judgment ordering Intellinitiative to take all steps necessary to cancel or remove the

23   name Intellinitiative, Inc. from the records of the Massachusetts Secretary of State, the New York

24   Department of State, and any other states in which Intellinitiative, Inc. is licensed to do business, and

25   to otherwise take all steps necessary to change Intellinitiative's business name;

26       5.    A judgment ordering Intellinitiative to take all steps necessary to cancel the domain

27   name www.intellinitiative.com and to remove all references to the INTELLINITIATIVE trade name

28   and trademark from all of its other websites, if any;

6.    A judgment in the amount of Intel's actual damages, Intellinitiative's profits, Intel's reasonable attorneys' fees and costs of suit, and pre-judgment interest pursuant to 15 U.S.C. §1117;

7.    A judgment for enhanced damages under 15 U.S.C. §1117 and punitive damages under state law as appropriate;

8.    A judgment granting Intel such other and further relief as the Court deems just and proper.

Dated: April 24, 2008

Respectfully submitted,

HARVEY SISKIND LLP

By: _____

Attorneys for Plaintiff
INTEL CORPORATION

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1

## JURY DEMAND

2     Intel hereby requests a trial by jury.

3  Dated:  April 24, 2008

4                              Respectfully submitted,

5                              HARVEY SISKIND LLP

6

7                              By:  _____

8                                   Attorneys for Plaintiff
                                    INTEL CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

3  parties, there is no such interest to report.

4

5  Dated:  April 24, 2008

Respectfully submitted,

6      HARVEY SISKIND LLP

7

8      By: _____

9          Attorneys for Plaintiff

10         INTEL CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Prior U.S. Cl.: 21

United States Patent and Trademark Office

30 Year Renewal

A No. 914,978
Registered June 15, 1971
Renewal Approved May 15, 1991

## TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REGISTERS, AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE 3-11-1969.

SER. NO. 72-325,483, FILED 4-24-1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 25, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# EXHIBIT A

Int. Cl.: 9

Prior U.S. Cl.: 26

United States Patent and Trademark Office

Reg. No. 938,772
Registered July 25, 1972
Renewal Term Begins July 25, 1992

10 Year Renewal

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: EQUIPMENT FOR THE TESTING AND PROGRAMMING OF INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, IN CLASS 26 (INT. CL. 9).

FIRST USE 1-15-1971; IN COMMERCE 1-15-1971.

SER. NO. 72-384,319, FILED 2-19-1971.

**EXHIBIT B**

Int. Cl.: 9

Prior U.S. Cl.: 21

Reg. No. 939,641

United States Patent and Trademark Office

Registered Aug. 1, 1972

10 Year Renewal

Renewal Term Begins Aug. 1, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE 3-11-1969.

SER. NO. 72-384,320, FILED 2-19-1971.

## EXHIBIT C

Prior U.S. Cl.:    , 26



# United States Patent Office

Reg. No. 1,022,563
Registered Oct. 14, 1975

## TRADEMARK
### Principal Register

## INTEL

Intel Corporation (California corporation)
3065 Bowers Ave.
Santa Clara, Calif.  95051

For: MICROCOMPUTERS, MICROCONTROLLERS AND MICROPROCESSORS, in CLASS 9 (U.S. CLS. 21 and 26).

First use July 6, 1971; in commerce July 6, 1971.

Owner of Reg. Nos. 938,772, 997,021, and others.

Ser. No. 35,122, filed Oct. 21, 1974.

B. C. WASHINGTON, Examiner

**EXHIBIT D**

Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,573,324
Registered Dec. 26, 1989

### TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (CALIFORNIA CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: PRINTED MATERIAL, NAMELY,
TECHNICAL MANUALS, PAMPHLETS, USER
AND PRODUCT MANUALS, ALL OF WHICH
RELATE TO THE FIELD OF INFORMATION

AND DATA TECHNOLOGY AND SEMICON-
DUCTOR DEVICES, IN CLASS 16 (U.S. CL. 38).
FIRST USE 8-1-1973; IN COMMERCE
8-1-1973.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563
AND OTHERS.

SER. NO. 73-794,951, FILED 4-21-1989.

HENRY S. ZAK, EXAMINING ATTORNEY

## EXHIBIT E

Int. Cls.: 6, 14, 16, 20, 21 and 28

Prior U.S. Cls.: 2, 13, 22, 25, 27, 37, 38 and 44

## United States Patent and Trademark Office

Reg. No. 1,723,243
Registered Oct. 13, 1992

### TRADEMARK
### PRINCIPAL REGISTER

### INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: METAL KEY RINGS, IN CLASS 6 (U.S.
CLS. 13 AND 25).
FIRST USE 10-16-1990; IN COMMERCE
10-16-1990.
FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 10-15-1990; IN COMMERCE
10-15-1990.
FOR: NOTE PAPER, NOTE CARDS, POST-
ERS, MICROPROCESSOR CHIP DIE PLOT
PRINTS AS ART PRINTS, PENCILS, BALL
POINT PENS, INK PENS AND STATIONERY
FOLDERS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 10-22-1990; IN COMMERCE
10-22-1990.

FOR: PLASTIC KEY CHAIN TAGS, IN
CLASS 20 (U.S. CLS. 13 AND 25).
FIRST USE 10-19-1990; IN COMMERCE
10-19-1990.
FOR: MUGS AND WATER BOTTLES SOLD
EMPTY, IN CLASS 21 (U.S. CLS. 2 AND 44).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
FOR: JIGSAW PUZZLES, GOLF BALLS,
GOLF TEES AND GOLF BALL MARKERS, IN
CLASS 28 (U.S. CL. 22).
FIRST USE 9-27-1990; IN COMMERCE
9-27-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,623, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

## EXHIBIT F

Int. Cls.: 18, 2_ ___ 25

Prior U.S. Cls.: 3, 39 and 42

## United States Patent and Trademark Office

Reg. No. 1,725,692
Registered Oct. 20, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: ALL PURPOSE SPORT BAGS, GYM
BAGS AND CARRY-ON BAGS, IN CLASS 18
(U.S. CL. 3).
FIRST USE 10-12-1990; IN COMMERCE
10-12-1990.
FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 10-27-1990; IN COMMERCE
10-27-1990.

FOR: CLOTHING; NAMELY, T-SHIRTS, COV-
ERALLS, SHIRTS AND CAPS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.

OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,506, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

# EXHIBIT G

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,171,778

Registered July 7, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950521119

FOR: COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS, TOOLS AND UTILITIES IN THE FIELD OF APPLICATION SOFTWARE FOR CONNECTING PERSONAL COMPUTERS, NETWORKS, TELECOMMUNICATIONS APPARATUS AND GLOBAL COMPUTER NETWORK APPLICATIONS; AUDIO AND VIDEO GRAPHICS FOR REAL TIME INFORMATION AND IMAGE TRANSFER, TRANSMISSION, RECEPTION, PROCESSING AND DIGITIZING; COMPUTER FIRMWARE; COMPUTER HARDWARE; COMPUTER PERIPHERALS; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT CHIPS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MEMORY DEVICES; SEMICONDUCTOR MEMORY DEVICES; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; FAX/MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-6-1971; IN COMMERCE 7-6-1971.

OWNER OF U.S. REG. NOS. 931,772, 9,149,978, AND OTHERS.

SN 75-160,106, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

## EXHIBIT H

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,194,121

Registered Oct. 6, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950521119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA
ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38,
AND 50).

FIRST USE 3-0-1969; IN COMMERCE
3-0-1969.

OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75–160,105, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

## EXHIBIT I

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

## United States Patent and Trademark Office

Reg. No. 2,251,962
Registered June 8, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: CLOCKS, BELT BUCKLES, JEWELRY,
CHARMS, CUFF LINKS, EARRINGS, KEY
CHAINS, NECKLACES, BRACELETS, NECK-
TIE FASTENERS, LAPEL PINS, MONEY CLIP,
PENDANTS, PIGGY BANKS, TIE PINS, TRO-
PHIES AND WATCHES, IN CLASS 14 (U.S. CLS.
2, 27, 28 AND 50).

FIRST USE 10-0-1990; IN COMMERCE
10-19-1990.

SN 75-371,526, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**EXHIBIT J**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,251,961

Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOOKENDS, BOXES FOR
PENS, CALENDARS, TABLETS, NOTE CARDS
AND PLAYING CARDS, SELF-ADHESIVE
PADS, DESK PADS, AND CALENDAR PADS,
PENS, PENCILS, FOLDERS, PAPERWEIGHTS,

PEN AND PENCIL HOLDERS, PHOTOGRAPH
STANDS, RULERS, ERASERS, MARKERS,
DESK SETS, DESK ORGANIZERS, IN CLASS
16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.

SN 75-371,525, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**EXHIBIT K**

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

United States Patent and Trademark Office

Reg. No. 2,250,491
Registered June 1, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-0-1993; IN COMMERCE
10-0-1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,363. FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

## EXHIBIT L

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,254,525
Registered June 15, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATERS, SWEATSHIRTS,
SWEAT SUITS, COVERALLS, JACKETS, TIES,
HEADWEAR, CARDIGANS, GYM SUITS,
HATS, JOGGING SUITS, NECKTIES, POLO
SHIRTS, SCARVES, INFANT ROMPERS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-978,308, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**EXHIBIT M**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

United States Patent and Trademark Office

Reg. No. 2,261,531
Registered July 13, 1999

## TRADEMARK
## PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
TOYS, PLUSH TOYS, DOLLS, BEAN BAGS,
GAMES, NAMELY, BOARD GAMES, STAND
ALONE VIDEO GAMES, AND CHRISTMAS

TREE ORNAMENTS, IN CLASS 28 (U.S. CLS.
22, 23, 38 AND 50).

FIRST USE 9-0-1990; IN COMMERCE
9-0-1990.

SN 75-349,837, FILED 9-2-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT N

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

## United States Patent and Trademark Office

Reg. No. 2,276,580

Registered Sep. 7, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,362, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT O

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,446,693
Registered Apr. 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SOFTWARE FOR USE IN OPERATING AND MAIN-
TAINING COMPUTER SYSTEMS; SEMICONDUC-
TORS; MICROPROCESSORS; INTEGRATED
CIRCUITS; MICROCOMPUTERS; COMPUTER
CHIPSETS; COMPUTER MOTHERBOARDS AND
DAUGHTERBOARDS; COMPUTER GRAPHICS
BOARDS; COMPUTER NETWORKING HARD-
WARE; COMPUTER NETWORK ADAPTORS,
SWITCHES, ROUTERS AND HUBS; COMPUTER
PERIPHERALS AND ELECTRONIC APPARATUS
FOR USE WITH COMPUTERS; KEYBOARDS;
TRACKBALLS; COMPUTER MOUSE DEVICES;
COMPUTER INPUT DEVICES; COMPUTER MONI-
TORS; VIDEO APPARATUS; VIDEO CIRCUIT
BOARDS; APPARATUS AND EQUIPMENT FOR
RECORDING, PROCESSING, RECEIVING, REPRO-
DUCING, TRANSMITTING, MODIFYING, COM-
PRESSING, DECOMPRESSING, BROADCASTING,
MERGING AND/OR ENHANCING SOUND, VIDEO
IMAGES, GRAPHICS, AND DATA; ALGORITHM
SOFTWARE PROGRAMS FOR THE OPERATION
AND CONTROL OF COMPUTERS; COMPUTER
COMPONENT TESTING AND CALIBRATING
ELECTRONIC UNITS; SET-TOP BOXES, NAMELY,
ELECTRONIC CONTROL BOXES FOR THE INTER-
FACE AND CONTROL OF COMPUTER AND GLO-
BAL COMPUTER NETWORKS WITH TELEVISION
AND CABLE BROADCAST EQUIPMENT, TELE-
CONFERENCING EQUIPMENT, AND VIDEO CON-

FERENCING EQUIPMENT, COMPUTER
PROGRAMS FOR NETWORK MANAGEMENT;
COMPUTER UTILITY PROGRAMS; COMPUTER
OPERATING SYSTEM SOFTWARE COMPUTER
PROGRAMS FOR RECORDING, PROCESSING, RE-
CEIVING REPRODUCING, TRANSMITTING, MOD-
IFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING, AND/OR ENHAN-
CING SOUND, VIDEO, IMAGES, GRAPHICS, AND
DATA; COMPUTER PROGRAMS FOR WEB PAGE
DESIGN; COMPUTER PROGRAMS FOR ACCES-
SING AND USING THE GLOBAL COMPUTER NET-
WORK; TELECOMMUNICATIONS APPARATUS
AND INSTRUMENTS; APPARATUS AND EQUIP-
MENT FOR USE IN VIDEO CONFERENCING, TEL-
ECONFERENCING, DOCUMENT EXCHANGE
AND EDITING; CAMERAS AND DIGITAL CAM-
ERAS FOR USE WITH COMPUTERS; HEADSETS
FOR USE WITH COMPUTERS, COMPUTER SOFT-
WARE, TELECONFERENCING EQUIPMENT AND
VIDEO CONFERENCING EQUIPMENT; PARTS,
FITTINGS, AND TESTING APPARATUS FOR ALL
THE AFORESAID GOODS; AND USER MANUALS
FOR USE WITH, AND SOLD AS A UNIT WITH, ALL
THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 7-0-1971; IN COMMERCE 7-0-1971.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,493, FILED 12-3 1-1992.

TERESA M. RUPP, EXAMINING ATTORNEY

# EXHIBIT P

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,462,327
Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY,
DIGITAL CAMERAS AND PC CAMERAS; COMPU-
TER HARDWARE FOR USE IN IMAGING AND
PHOTOGRAPHIC APPLICATIONS; COMPUTER
SOFTWARE FOR USE IN IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND
CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; PHOTO DISCS, NAMELY, CD
ROMS FOR USE IN STORING PHOTOGRAPHIC
IMAGES; CD ROMS FOR IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND

CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; IMAGING SENSORS;
INTERACTIVE MULTIMEDIA COMPUTER GAME
PROGRAMS; INTERACTIVE VIDEO GAME PRO-
GRAMS; INTERACTIVE VIDEO GAMES OF VIR-
TUAL REALITY COMPRISED OF COMPUTER
HARDWARE AND SOFTWARE, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-1991; IN COMMERCE 12-1-1991.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 75-607,823, FILED 12-18-1998.

BRETT J. GOLDEN, EXAMINING ATTORNEY

**EXHIBIT Q**

Int. Cls.: 37, 41, and 42

Prior U.S. Cls.: 100, 101, 103, 106, and 107

**United States Patent and Trademark Office**

Reg. No. 2,585,551
Registered June 25, 2002

## SERVICE MARK
## PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE INSTALLATION
AND REPAIR SERVICES; MAINTENANCE OF
HARDWARE FOR LOCAL AND WIDE AREA COM-
PUTER NETWORKS; MAINTENANCE OF HARD-
WARE FOR INTERACTIVE AUDIO-VIDEO
COMPUTER CONFERENCE SYSTEMS; MAINTE-
NANCE FOR HARDWARE FOR RECEIPT, DIS-
PLAY AND USE OF BROADCAST VIDEO, AUDIO,
AND DIGITAL DATA SIGNALS; MAINTENANCE
OF HARDWARE FOR INTERACTIVE AND NON-
INTERACTIVE WEB PAGES FOR THE GLOBAL
COMPUTER NETWORK FOR OTHERS, IN CLASS
37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY, ARRANGING AND CON-
DUCTING EDUCATIONAL CONFERENCES AND
SEMINARS IN THE FIELDS OF COMPUTERS,
TELECOMMUNICATIONS, AND COMPUTER NET-
WORKING, AND DISTRIBUTING COURSE MATE-
RIALS IN CONNECTION THEREWITH;
DEVELOPMENT, PUBLISHING AND DISSEMINA-
TION OF EDUCATIONAL MATERIALS IN THE
FIELDS OF COMPUTERS, TELECOMMUNICA-
TIONS AND COMPUTER NETWORKING FOR
OTHERS; INTERACTIVE AND NON-INTERACTIVE
COMPUTER EDUCATION TRAINING SERVICES;
PROVIDING INFORMATION VIA GLOBAL COM-
PUTER NETWORK IN THE FIELDS OF EDUCA-
TION AND ENTERTAINMENT; PROVISION OF
INTERACTIVE AND NON-INTERACTIVE ELEC-
TRONIC INFORMATION SERVICES IN THE
FIELDS OF EDUCATION AND ENTERTAINMENT,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-0-1997; IN COMMERCE 7-0-1997.

FOR: COMPUTER SERVICES, NAMELY, COM-
PUTER DIAGNOSTIC SERVICES; MAINTENANCE
AND UPDATING OF COMPUTER SOFTWARE;
PROVIDING OTHERS WITH ACCESS TO INTER-
ACTIVE AND NON-INTERACTIVE BROADCAST
VIDEO, AUDIO AND DIGITAL DATA SIGNALS;
PROVISION OF INTERACTIVE AND NON-INTER-
ACTIVE ELECTRONIC INFORMATION SERVICES
ON A WIDE VARIETY OF TOPICS; DEVELOPMENT
OF LOCAL AND WIDE AREA COMPUTER NET-
WORKS FOR OTHERS; DEVELOPMENT OF
AUDIO-VIDEO COMPUTER CONFERENCE SYS-
TEMS FOR OTHERS; DEVELOPMENT OF COMPU-
TER HARDWARE AND SOFTWARE FOR THE
RECEIPT, DISPLAY AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIGNALS
FOR OTHERS; LEASING ACCESS TIME TO COM-
PUTER DATA BASES IN THE NATURE OF COM-
PUTER BULLETIN BOARDS IN A WIDE VARIETY
OF FIELDS; COMPUTER WEB SITE DESIGN SER-
VICES; COMPUTER SOFTWARE DESIGN FOR
OTHERS; DEVELOPMENT OF INTERACTIVE
AND NON-INTERACTIVE WEB PAGES FOR THE
GLOBAL COMPUTER NETWORK FOR OTHERS;
COMPUTER PROGRAMMING SERVICES; PROVID-
ING ON-LINE NEWSPAPERS, MAGAZINES, IN-
STRUCTIONAL MANUALS IN THE FIELDS OF
TECHNOLOGY, ENTERTAINMENT, EDUCATION
AND BUSINESS; DEVELOPMENT, MAINTE-
NANCE, AND PROVISION OF INTERACTIVE
AND NON-INTERACTIVE ELECTRONIC BULLE-
TIN BOARDS SERVICES IN THE FIELDS OF EN-
TERTAINMENT AND EDUCATION, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 9-28-1999; IN COMMERCE 9-28-1999.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-163,576, FILED 9-10-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# EXHIBIT R

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 2,742,174
Registered July 29, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNI-
CATIONS-RELATED SERVICES, NAMELY, IN-
STALLATION, REPAIR, MAINTENANCE,
SUPPORT AND CONSULTING SERVICES FOR
COMPUTER-RELATED AND COMMUNICA-
TIONS-RELATED GOODS; PROVIDING INFORMA-
TION IN THE FIELD OF COMPUTER
TECHNOLOGY VIA THE GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE PUBLICA-
TIONS, NAMELY, BOOKS, BROCHURES, WHITE
PAPERS, CATALOGS AND PAMPHLETS IN THE
FIELDS OF COMPUTER AND INFORMATION

TECHNOLOGY; DESIGNING AND DEVELOPING
STANDARDS FOR OTHERS IN THE DESIGN AND
IMPLEMENTATION OF COMPUTER SOFTWARE,
COMPUTER HARDWARE AND TELECOMMUNI-
CATIONS EQUIPMENT, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 11-0-1996; IN COMMERCE 11-0-1996.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,490, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

## EXHIBIT S

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

## United States Patent and Trademark Office

Reg. No. 3,029,954
Registered Dec. 13, 2005

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

### INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: SEMICONDUCTOR AND MICROPROCES-
SOR CARTRIDGES; INTERNET AND WEB SER-
VERS; INTERNET AND WEB CACHING SERVERS;
WIRELESS AND REMOTE COMPUTER PERIPHER-
ALS; COMPUTER HARDWARE AND SOFTWARE
FOR ENABLING WEB PORTALS; COMPUTER
HARDWARE AND SOFTWARE FOR DIGITAL EN-
CRYPTION, IDENTIFICATION AND CERTIFICA-
TION; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE REMOTE ENCRYPTED NETWORK-
ING; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE SECURE DATA TRANSMISSION VIA
NETWORKS, THE INTERNET AND WORLD WIDE
WEB, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-1997; IN COMMERCE 5-31-1997.

FOR: COMPUTER CONSULTATION SERVICES,
NAMELY, WEB DESIGN AND DEVELOPMENT
SERVICES; INTERNET AND WEB DATA SERVICES,
NAMELY DIGITAL IDENTIFICATION AND CER-
TIFICATION SERVICES; APPLICATION SERVICE
PROVIDER SERVICES, NAMELY HOSTING COM-
PUTER SOFTWARE APPLICATIONS OF OTHERS,
IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-975,693, FILED 4-3-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

## EXHIBIT T

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

United States Patent and Trademark Office

Reg. No. 3,136,102
Registered Aug. 29, 2006

## SERVICE MARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATION SERVICES,
NAMELY, ELECTRONIC AND DIGITAL TRANS-
MISSION OF DATA, DOCUMENTS, AUDIO AND
VIDEO VIA COMPUTER TERMINALS, IN CLASS 38
(U.S. CLS. 100, 101 AND 104).

FIRST USE 3-31-2003; IN COMMERCE 3-31-2003.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-016,892, FILED 4-3-2000.

COLLEEN DOMBROW, EXAMINING ATTORNEY

# EXHIBIT U

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

**United States Patent and Trademark Office**

Reg. No. 3,173,391

Registered Nov. 21, 2006

## SERVICE MARK
## PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATIONS CONSULTING
SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-2001; IN COMMERCE 4-0-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978 AND 3,019,987.

SER. NO. 78-633,311, FILED 5-19-2005.

JOHN GARTNER, EXAMINING ATTORNEY

**EXHIBIT V**

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,705,796
Registered Aug. 4, 1992

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
  RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.
  OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74–159,673, FILED 4-22-1991.

GLENN CLARK, EXAMINING ATTORNEY

# EXHIBIT W

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,179,209
Registered Aug. 4, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119 INTEL CORPORATION (DELAWARE CORPORATION)

2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS, TOOLS AND UTILITIES IN THE FIELD OF APPLICATION SOFTWARE FOR CONNECTING PERSONAL COMPUTERS, NETWORKS, TELECOMMUNICATIONS APPARATUS AND GLOBAL COMPUTER NETWORK APPLICATIONS; AUDIO AND VIDEO GRAPHICS FOR REAL TIME INFORMATION AND IMAGE TRANSFER, TRANSMISSION, RECEPTION, PROCESSING AND DIGITIZING; COMPUTER FIRMWARE; COMPUTER HARDWARE; COMPUTER PERIPHERALS; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT CHIPS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MEMORY DEVICES; SEMICONDUCTOR MEMORY DEVICES; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; FAX/MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND 1,705,796.

SN 75-160,103, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

## EXHIBIT X

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,015,061
Registered Nov. 15, 2005

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SEMICONDUCTORS; MICROPROCESSORS AND
OTHER SEMICONDUCTOR DEVICES; INTEGRA-
TED CIRCUITS; COMPUTER CHIPSETS; COMPU-
TER MOTHERBOARDS AND
DAUGHTERBOARDS; MICROCOMPUTERS; COM-
PUTER WORKSTATIONS; SOFTWARE PROGRAM-
MABLE PROCESSORS; NOTEBOOK AND LAPTOP
COMPUTERS; PORTABLE COMPUTERS; HAND-
HELD COMPUTERS; COMPUTER PERIPHERALS;
COMPUTER SOFTWARE; COMPUTER FIRM-
WARE, NAMELY, COMPUTER UTILITY SOFT-
WARE AND OTHER COMPUTER SOFTWARE
USED TO MAINTAIN AND OPERATE COMPUTER
SYSTEM ALL STORED IN A COMPUTER'S READ-
ONLY MEMORY (ROM) OR ELSEWHERE IN THE
COMPUTER'S CIRCUITRY, AND OPERATING SYS-
TEM SOFTWARE; COMPUTER AND TELECOM-

MUNICATIONS NETWORKING HARDWARE AND
SOFTWARE; COMPUTER AND NETWORK SER-
VERS; COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; WIRELESS
AND WIRED MODEMS AND COMMUNICATION
CARDS AND DEVICES; TESTING APPARATUS
FOR TESTING PRINTED CIRCUIT BOARDS PARTS
AND FITTINGS FOR THE AFOREMENTIONED
GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-14-2002; IN COMMERCE 11-14-2002.

OWNER OF U.S. REG. NOS. 2,155,197, 2,451,273
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HT" AND "4", APART FROM
THE MARK AS SHOWN.

SER. NO. 78-390,770, FILED 3-25-2004.

LA TONIA FISHER, EXAMINING ATTORNEY

# EXHIBIT Y

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,017,448

## United States Patent and Trademark Office

Registered Nov. 22, 2005

### TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SEMICONDUCTORS; MICROPROCESSORS AND
OTHER SEMICONDUCTOR DEVICES; INTEGRA-
TED CIRCUITS; COMPUTER CHIPSETS; COMPU-
TER  MOTHERBOARDS  AND
DAUGHTERBOARDS; MICROCOMPUTERS; COM-
PUTER WORKSTATIONS; SOFTWARE PROGRAM-
MABLE PROCESSORS; NOTEBOOK AND LAPTOP
COMPUTERS; PORTABLE COMPUTERS; HAND-
HELD COMPUTERS; COMPUTER PERIPHERALS;
COMPUTER SOFTWARE; COMPUTER FIRM-
WARE, NAMELY, COMPUTER UTILITY SOFT-
WARE AND OTHER COMPUTER SOFTWARE
USED TO MAINTAIN AND OPERATE COMPUTER
SYSTEM ALL STORED IN A COMPUTER'S READ-
ONLY MEMORY (ROM) OR ELSEWHERE IN THE
COMPUTER'S CIRCUITRY, AND OPERATING SYS-
TEM SOFTWARE; COMPUTER AND TELECOM-

MUNICATIONS NETWORKING HARDWARE AND
SOFTWARE; COMPUTER AND NETWORK SER-
VERS; COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; WIRELESS
AND WIRED MODEMS AND COMMUNICATION
CARDS AND DEVICES; TESTING APPARATUS
FOR TESTING PRINTED CIRCUIT BOARDS PARTS
AND FITTINGS FOR THE AFOREMENTIONED
GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-14-2002; IN COMMERCE 11-14-2002.

OWNER OF U.S. REG. NOS. 2,155,197, 2,451,273
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HT", "EDITION" AND "4", APART
FROM THE MARK AS SHOWN.

SER. NO. 78-390,821, FILED 3-25-2004.

LA TONIA FISHER, EXAMINING ATTORNEY

# EXHIBIT Z

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,497,572
Registered Oct. 16, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL SPEEDSTEP

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528199

FOR: COMPUTER HARDWARE MICROPROCES-
SORS, INTEGRATED CIRCUITS, AND SEMICON-
DUCTORS; MOBILE COMPUTERS; COMPUTER
HARDWARE, COMPUTER SOFTWARE, COMPU-
TER OPERATING SYSTEMS, AND APPLICATION
SPECIFIC INTEGRATED CIRCUITS ALL TO EN-
ABLE AUTOMATIC TRANSITIONING BETWEEN
LEVELS OF VOLTAGE AND FREQUENCY PER-

FORMANCE OF THE COMPUTER PROCESSOR
AND COMPUTER SYSTEM, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO: 39929800.209,
FILED 5-22-1999, REG. NO. 39929800, DATED 11-18-
1999, EXPIRES 5-31-2009.

SER. NO. 75-772,621, FILED 8-10-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

**EXHIBIT AA**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,756,697
Registered Aug. 26, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL XSCALE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: MICROPROCESSORS, INTEGRATED CIR-
CUITS, AND SEMICONDUCTORS; DATA PROCES-
SING EQUIPMENT, NAMELY, COMPUTERS,
COMPUTER MONITORS, KEYBOARDS, COMPU-
TER MICE, AND MODEMS; HANDHELD COMPU-
TERS; MICROCOMPUTERS; PERSONAL DIGITAL
ASSISTANTS; CELLULAR TELEPHONES; PORTA-
BLE AND HANDHELD PERSONAL ORGANIZERS;
COMPUTER HARDWARE; COMPUTER SOFT-
WARE, NAMELY, COMPUTER UTILITY PRO-
GRAMS, COMPUTER PROGRAMS FOR
NETWORK MANAGEMENT, COMPUTER SOFT-
WARE FOR ACCESSING A GLOBAL COMPUTER
NETWORK AND INTERCONNECTED COMPUTER
NETWORKS; COMPUTER OPERATING SYSTEMS;
COMPUTER PERIPHERALS; WIRELESS AND RE-
MOTE COMPUTER PERIPHERALS; WEB APPLIAN-

CES, NAMELY, SET-TOP BOXES, COMPUTER
SERVERS, TELECOMMUNICATIONS SERVERS,
DATA AND TELECOMMUNICATIONS SIGNAL
TRANSMISSION INTERFACE DEVICES FOR AC-
CESSING A GLOBAL COMPUTER AND FOR COM-
MUNICATIONS NETWORK, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 8-23-2000; IN COMMERCE 9-27-2000.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30009966.5,
FILED 2-10-2000, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-106,896, FILED 8-9-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

# EXHIBIT BB

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

Reg. No. 2,784,975

## United States Patent and Trademark Office

Registered Nov. 18, 2003

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## INTEL NETMERGE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER SOFTWARE, NAMELY, COM-
PUTER MIDDLE WARE AND TELECOMMUNICA-
TIONS SOFTWARE FOR PROVIDING STANDARD
INTERFACES FOR VOICE, VIDEO, AUDIO, AND
NETWORK APPLICATIONS, FACSIMILE ROUT-
ING, VIDEOCONFERENCING, SWITCHING AND
SPEECH FUNCTIONALITY AND TO ALLOW FOR
STANDARD INTERFACES WITH HARDWARE;
AND COMPUTER SOFTWARE FOR USE IN FACIL-
ITATING NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

FOR: COMPUTER CONSULTATION SERVICES
AND CUSTOM COMPUTER SOFTWARE DEVEL-
OPMENT SERVICES, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30100042.5/0,
FILED 1-2-2001, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,462,327,
AND OTHERS.

SN 78-071,556, FILED 6-28-2001.

LAURA KOVALSKY, EXAMINING ATTORNEY

## EXHIBIT CC

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,724,913

## United States Patent and Trademark Office

Registered June 10, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETBURST

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
INTEGRATED CIRCUITS; MICROPROCESSORS;
SEMICONDUCTORS; COMPUTER PERIPHERALS;
WEB APPLIANCES, NAMELY, PERSONAL DIGI-
TAL ASSISTANTS, WEB-TABLETS, WEBPADS, AND

COMPUTER PERIPHERALS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 11-11-2000; IN COMMERCE 11-11-2000.

SN 76-068,772, FILED 6-13-2000.

SUSAN STIGLITZ, EXAMINING ATTORNEY

## EXHIBIT DD

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,869,653

## United States Patent and Trademark Office

Registered Aug. 3, 2004

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETSTRUCTURE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: NETWORKING SOFTWARE DESIGNED TO
PROCESS HOST MEDIA TASKS ON SERVERS;
SWITCHES; ROUTERS; MEZZANINE CARDS; PRO-
CESSOR BOARDS; VPN GATEWAYS; PBX INTE-
GRATION BOARDS; COMPUTER HARDWARE
AND SOFTWARE TO TRANSLATE CALL AND
CONNECTION CONTROL SIGNALS; SWITCHING
HARDWARE DESIGNED TO ROUTE CALLS FROM
ONE NETWORK RESOURCE TO ANOTHER; XML
ACCELERATORS; NETWORKING HARDWARE

FOR MANAGING TRAFFIC AND LOAD BALAN-
CING FOR WEBSITES AND E-COMMERCE SITES,
AND ACCELERATING TRANSACTIONS; VOICE
OVER IP (VOIP) INTERFACE BOARD; CIRCUIT
BOARDS; COMPUTER SOFTWARE FOR PROVID-
ING NETWORK ACCESS; COMPUTER HARD-
WARE FOR WIRELESS APPLICATIONS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

SER. NO. 78-284,090, FILED 8-6-2003.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

**EXHIBIT EE**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,911,320
Registered Dec. 14, 2004

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL NETSTRUCTURE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTER HARDWARE; ROUTERS;
HUBS; SERVERS; SWITCHES; INTEGRATED CIR-
CUITS; COMPUTER FIRMWARE, NAMELY COM-
PUTER OPERATING SYSTEMS SOFTWARE; FIXED
FUNCTION SERVERS; COMPUTER NETWORKING
HARDWARE; SEMICONDUCTOR DEVICES; COM-
PUTER HARDWARE AND SOFTWARE FOR
CREATING, FACILITATING, AND MANAGING
REMOTE ACCESS TO AND COMMUNICATION
WITH LOCAL AREA NETWORKS (LANS), VIR-
TUAL PRIVATE NETWORKS (VPN), WIDE AREA
NETWORKS (WANS) AND GLOBAL COMPUTER
NETWORKS; ROUTER, SWITCH, HUB AND SER-
VER OPERATING SOFTWARE; COMPUTER SOFT-
WARE FOR USE IN PROVIDING MULTIPLE USER
ACCESS TO A GLOBAL COMPUTER INFORMA-
TION NETWORK FOR SEARCHING, RETRIEVING,
TRANSFERRING, MANIPULATING AND DISSE-
MINATING A WIDE RANGE OF INFORMATION;
APPLICATION SOFTWARE, NAMELY, COMPUTER
COMMUNICATIONS SOFTWARE, INTER-NET-

WORK ACCESS AND APPLICATION MANAGE-
MENT SOFTWARE, NETWORK MANAGEMENT
SOFTWARE, PROTOCOL TRANSLATION SOFT-
WARE, AND TELECONFERENCING SOFTWARE;
COMPUTER SOFTWARE TOOLS FOR THE FACIL-
ITATION OF THIRD PARTY SOFTWARE APPLICA-
TIONS; COMPUTER NETWORK ADAPTERS;
COMPUTER HARDWARE AND SOFTWARE FOR
WIRELESS NETWORK COMMUNICATIONS; RE-
MOTE ACCESS SERVERS, REMOTE ACCESS ADAP-
TERS, REMOTE ACCESS SOFTWARE, AND
REMOTE ACCESS GATEWAYS; NETWORKING
EQUIPMENT, NAMELY, DIGITAL LOOP CARRI-
ERS, MULTIPLEXERS, OPTICAL TRANSMITTERS,
FIBER OPTIC TERMINALS; AND MANUALS SOLD
AS A UNIT AND DOWNLOADABLE FROM A
GLOBAL COMPUTER NETWORK, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

SN 75-859,872, FILED 11-29-1999.

TRICIA THOMPKINS, EXAMINING ATTORNEY

**EXHIBIT FF**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 3,230,855
Registered Apr. 17, 2007

## TRADEMARK
## PRINCIPAL REGISTER

# INTEL VIIV

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTER DATA PROCESSING HARD-
WARE, COMPUTERS, COMPUTER HARDWARE,
SEMICONDUCTORS, MICROPROCESSORS AND
OTHER SEMICONDUCTOR DEVICES, COMMUNI-
CATIONS AND NETWORKING SEMICONDUC-
TORS, INTEGRATED CIRCUITS, COMPUTER
MOTHERBOARDS AND DAUGHTERBOARDS, MI-
CROCOMPUTERS, SOFTWARE PROGRAMMABLE
MICROPROCESSORS; COMPUTER CHIPSETS FOR
USE IN TRANSMITTING DATA TO AND FROM A
CENTRAL PROCESSING UNIT, COMPUTER FIRM-
WARE, NAMELY, COMPUTER UTILITY SOFT-
WARE AND OTHER COMPUTER SOFTWARE
USED TO MAINTAIN AND OPERATE COMPUTER
SYSTEMS ALL STORED IN A COMPUTER'S READ-
ONLY MEMORY (ROM) OR ELSEWHERE IN THE
COMPUTER'S CIRCUITRY AND OPERATING SYS-
TEM SOFTWARE, COMPUTER AND COMMUNI-
CATIONS AND NETWORKING SOFTWARE FOR
WIRED AND WIRELESS NETWORK COMMUNI-
CATIONS AND CONNECTIVITY, WIRELESS AND
WIRED MODEMS, COMPUTER NETWORK ADAP-
TERS AND NETWORK CARD ADAPTERS; (BASED

ON 44(E) ONLY) COMPUTER CHIPSETS, COMPU-
TER FIRMWARE AND OPERATING SYSTEM
SOFTWARE, COMMUNICATIONS AND NET-
WORKING SOFTWARE FOR WIRED AND WIRE-
LESS NETWORK COMMUNICATIONS AND
CONNECTIVITY, WIRELESS AND WIRE MODEMS,
NETWORK ADAPTERS AND NETWORK ADAP-
TER CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-26-2006; IN COMMERCE 1-26-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30434867.8/0,
FILED 6-17-2004, REG. NO. 30434867, DATED 6-23-
2004, EXPIRES 6-30-2014.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 78-534,028, FILED 12-16-2004.

JAY BESCH, EXAMINING ATTORNEY

**EXHIBIT GG**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 3,349,705

United States Patent and Trademark Office          Registered Dec. 4, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL CORE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: DATA PROCESSORS; COMPUTERS; SEMI-
CONDUCTORS; MICROPROCESSORS; SEMICON-
DUCTOR DEVICES; INTEGRATED CIRCUITS;
COMPUTER CHIPSETS; COMPUTER MOTHER-
BOARDS AND DAUGHTERBOARDS; COMPUTER
SOFTWARE, NAMELY, COMPUTER OPERATING
SYSTEMS, COMPUTER UTILITY SOFTWARE AND
OTHER COMPUTER SOFTWARE USED TO MAIN-
TAIN AND OPERATE A COMPUTER SYSTEM;
PROGRAMMABLE DATA PROCESSORS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2005; IN COMMERCE 11-0-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978, 3,019,987,
AND OTHERS.

SN 78-714,166, FILED 9-15-2005.

JOHN GARTNER, EXAMINING ATTORNEY

**EXHIBIT HH**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 3,375,958

Registered Jan. 29, 2008

### TRADEMARK
### PRINCIPAL REGISTER

# INTEL LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TAPE RECORDERS; FLOPPY DISC DRIV-
ING APPARATUS; ELECTRONIC SECURITY APPA-
RATUS AND SURVEILLANCE APPARATUS,
NAMELY, COMPUTER HARDWARE, COMPUTER
CHIPS AND MICROPROCESSORS OPTIMIZED FOR
ELECTRONIC SECURITY SURVEILLANCE; ALGO-
RITHM SOFTWARE PROGRAMS FOR THE OPERA-
TION AND CONTROL OF COMPUTERS;
COMPUTER OPERATING SYSTEM SOFTWARE;
COMPUTER OPERATING SYSTEMS; COMPUTER
SYSTEM EXTENSIONS, TOOLS AND UTILITIES IN
THE FIELD OF APPLICATION SOFTWARE FOR
CONNECTING PERSONAL COMPUTERS, NET-
WORKS, TELECOMMUNICATIONS APPARATUS
AND GLOBAL COMPUTER NETWORK APPLICA-
TIONS; COMPUTERIZED TELECOMMUNICA-
TIONS AND NETWORKING EQUIPMENT
CONSISTING OF OPERATING SYSTEM SOFT-
WARE, MODEMS, CAMERAS, HEADSETS, MICRO-
PHONES, CABLES AND ADAPTORS; COMPUTER
GAME PROGRAMS; COMPUTER RACKS, COMPU-
TER CABINETS AND COMPUTER HOLDERS, ALL
ADAPTED FOR THE AFORESAID GOODS; COM-
PUTER HARDWARE AND SOFTWARE FOR EN-
HANCING AND PROVIDING REAL-TIME
TRANSFER, TRANSMISSION, RECEPTION, PRO-
CESSING AND DIGITIZING OF AUDIO AND VI-
DEO GRAPHICS INFORMATION; COMPUTER
FIRMWARE, NAMELY, COMPUTER OPERATING
SYSTEM SOFTWARE, COMPUTER UTILITY SOFT-
WARE AND OTHER COMPUTER SOFTWARE
USED TO MAINTAIN AND OPERATE COMPUTER
SYSTEMS; COMPUTERS; HANDHELD COMPU-
TERS; MICROCOMPUTERS; MINICOMPUTERS;
COMPUTER INSTALLATIONS; MEMORY
BOARDS; PERSONAL DIGITAL ASSISTANTS; CEL-
LULAR TELEPHONES; SMART PHONES; PORTA-
BLE AND HANDHELD ELECTRONIC PERSONAL
ORGANIZERS; COMPUTER HARDWARE; INTE-
GRATED CIRCUITS; INTEGRATED CIRCUIT
MEMORIES; INTEGRATED CIRCUIT CHIPS; COM-
PUTER CHIP SETS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
SEMICONDUCTOR CHIPS; MICROPROCESSORS;
PRINTED CIRCUIT BOARDS; ELECTRONIC CIR-
CUIT BOARDS; COMPUTER MOTHERBOARDS
AND DAUGHTERBOARDS; COMPUTER MEMOR-
IES; OPERATING SYSTEMS; MICROCONTROL-
LERS; DATA PROCESSORS; CENTRAL
PROCESSING UNITS; SEMICONDUCTOR MEM-
ORY DEVICES, NAMELY, SEMICONDUCTOR
MEMORIES AND SEMICONDUCTOR MEMORY
UNITS; SOFTWARE PROGRAMMABLE PROCES-
SORS; DIGITAL AND OPTICAL MICROPROCES-
SORS; COMPUTER PERIPHERALS; VIDEO
CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRA-
PHIC ACCELERATORS; MULTIMEDIA ACCEL-
ERATORS; VIDEO PROCESSORS; VIDEO
PROCESSOR BOARDS; CARDS, DISCS, TAPES,
WIRES, RECORDS, MICROCHIPS AND ELECTRO-
NIC CIRCUITS, ALL FOR THE RECORDAL AND
TRANSMISSION OF DATA; MODEMS; COMPUTER
HARDWARE AND SOFTWARE FOR PROCESSING,
STORAGE, RETRIEVAL, TRANSMISSION, DIS-
PLAY, INPUT, OUTPUT, COMPRESSING, DECOM-
PRESSING, MODIFYING, BROADCASTING AND
PRINTOUT OF DATA; COMPUTER INPUT AND
OUTPUT DEVICES, NAMELY, COMPUTER MICE,
TRACKBALLS, COMPUTER MOUSE TOUCHPADS,
KEYBOARDS, SCANNERS, COMPUTER CAM-
ERAS; COMPUTER WORK STATIONS COMPRIS-
ING PROCESSORS, CENTRAL PROCESSING
UNITS, COMPUTER MONITORS, COMPUTER PER-
IPHERALS, COMPUTER PRINTERS; DATA MEM-
ORIES; STORAGE DEVICES, NAMELY, JUMP
DRIVES, FLASH DRIVES AND THUMB DRIVES;
SECURITY SYSTEMS FOR COMPUTER HARD-
WARE AND SOFTWARE, NAMELY, FIREWALLS,
NETWORK ACCESS SERVER HARDWARE FOR
CREATING AND MAINTAINING FIREWALLS,
VIRTUAL PRIVATE NETWORK (VPN) COMPUTER

**EXHIBIT II**

HARDWARE AND COMPUTER SERVER OPERAT- ING SOFTWARE FOR CREATING AND MAIN- TAINING FIREWALLS, SOFTWARE FOR ENSURING THE SECURITY OF COMPUTER NET- WORKS, SOFTWARE FOR ACCESS CONTROL AND SECURITY, COMPUTER HARDWARE AND SOFT- WARE FOR USE IN PROTECTING COMPUTER NETWORKS FROM DATA THEFT OR DAMAGE BY UNAUTHORIZED USERS; COMPONENTS FOR COMPUTERS PRINTED CIRCUITS, NAMELY IN- TEGRATED CIRCUIT BOARDS, PRINTED CIR- CUIT BOARDS AND ELECTRICAL CIRCUIT BOARDS; COMPUTER VOICE ACCELERATOR BOARDS; COMPUTER VOICE, DATA, IMAGE AND VIDEO ACCELERATOR BOARDS; FLASH MEMORY BOARDS AND FLASH MEMORY CARDS; MEMORY SYSTEMS FOR COMPUTERS COMPRISING COMPUTER HARD DRIVES, BACK- UP DRIVES, CD AND DVD DRIVES, FLOPPY DISK DRIVES, MAGNETIC TAPE DRIVES, OPTICAL DISK DRIVES, AND MEMORY CARDS; TELECOM- MUNICATIONS EQUIPMENT AND COMPUTER NETWORKS, NAMELY PROCESSING AND OPER- ATING SYSTEMS; HEADSETS; COMPUTER MICE; MICROPHONES; CABLES AND ADAPTERS; COM- PUTER TERMINALS AND PRINTERS FOR USE THEREWITH; VIDEO DISPLAY UNITS, NAMELY, COMPUTER MONITORS, ELECTRIC LUMINES- CENT DISPLAY PANELS, FLAT PANEL DISPLAY SCREENS, LCD DISPLAYS AND LED DISPLAYS; TELECOMMUNICATIONS APPARATUS AND IN- STRUMENTS, NAMELY, COMPUTER ROUTERS, HUBS, SERVERS AND SWITCHES; CAMERAS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSI- MILES; COMPUTER HARDWARE AND SOFT- WARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVEL- OPMENT, MAINTENANCE, AND USE OF INTER- ACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARD- WARE AND SOFTWARE FOR THE RECEIPT, DIS- PLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS; SET-TOP BOXES, ELECTRONIC CONTROL DEVICES FOR THE IN- TERFACE AND CONTROL OF COMPUTERS AND GLOBAL COMPUTER AND TELECOMMUNICA- TIONS NETWORKS WITH TELEVISION AND CABLE BROADCASTS AND EQUIPMENT; APPA- RATUS FOR TESTING AND PROGRAMMING IN- TEGRATED CIRCUITS; COMPUTER PERIPHERAL MEMORY APPARATUS AND DEVICES; COMPU-

TER FIRMWARE, NAMELY, COMPUTER OPERAT- ING SYSTEMS SOFTWARE; FIXED FUNCTION COMPUTER SERVERS; COMPUTER NETWORK- ING HARDWARE; SEMICONDUCTOR DEVICES; COMPUTER HARDWARE AND SOFTWARE FOR CREATING, FACILITATING, AND MANAGING REMOTE ACCESS TO AND COMMUNICATION WITH LOCAL AREA NETWORKS (LANS), VIR- TUAL PRIVATE NETWORKS (VPN), WIDE AREA NETWORKS (WANS) AND GLOBAL COMPUTER NETWORKS; ROUTER, SWITCH, HUB AND SER- VER OPERATING SOFTWARE; COMPUTER SOFT- WARE AND HARDWARE FOR USE IN PROVIDING MULTIPLE USER ACCESS TO A GLOBAL COMPU- TER INFORMATION NETWORK FOR SEARCH- ING, RETRIEVING, TRANSFERRING, MANIPULATING AND DISSEMINATING A WIDE RANGE OF INFORMATION; COMPUTER SOFT- WARE TOOLS FOR THE FACILITATION OF THIRD PARTY SOFTWARE APPLICATIONS; COMPUTER HARDWARE AND SOFTWARE FOR WIRELESS NETWORK COMMUNICATIONS; DOWNLOAD- ABLE ELECTRONIC PUBLICATIONS IN THE NAT- URE OF NEWSLETTERS, BOOKS, MAGAZINES, JOURNALS, BROCHURES AND WHITE PAPERS IN THE AREA OF ELECTRONICS, SEMICONDUC- TORS AND INTEGRATED ELECTRONIC APPARA- TUS AND DEVICES, COMPUTERS, TELECOMMUNICATIONS, ENTERTAINMENT, TELEPHONY, AND WIRED AND WIRELESS TELE- COMMUNICATIONS; PRE-RECORDED MAGNET- IC DATA CARRIERS, FLOPPY DISCS, AND OPTICAL DISCS FEATURING INSTRUCTIONAL MATERIALS RELATING TO COMPUTERS; STRUC- TURAL PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS; INSTRUCTIONAL MAN- UALS SOLD AS A UNIT WITH THE AFOREMEN- TIONED GOODS AND ELECTRONIC INSTRUCTIONAL MANUALS DOWNLOADABLE FROM A GLOBAL COMPUTER NETWORK, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

THE MARK CONSISTS OF STANDARD CHAR- ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 30558256.9/0, FILED 9-29-2005, REG. NO. 30558256, DATED 7-24- 2006, EXPIRES 9-30-2015.

SER. NO. 78-779,480, FILED 12-22-2005.

CAROLYN CATALDO, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,246,588
Registered May 29, 2007

## TRADEMARK
## PRINCIPAL REGISTER

# INTEL LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORA-
TION)

2200 MISSION COLLEGE BOULEVARD

SANTA CLARA, CA 95052

FOR: CLOCKS, BRACELETS, JEWELRY,
CHARMS, CUFF LINKS, EARRINGS, KEY CHAINS
OF PRECIOUS METAL, NECKLACES, NECKTIE
FASTENERS, LAPEL PINS, MONEY CLIPS OF PRE-
CIOUS METAL, PENDANTS, TIE PINS, TROPHIES
OF PRECIOUS METAL, AND WATCHES, IN CLASS
14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30558256.9/0,
FILED 9-29-2005, REG. NO. 30558256, DATED 7-24-
2006, EXPIRES 9-30-2015.

SER. NO. 78-779,522, FILED 12-22-2005.

CAROLYN CATALDO, EXAMINING ATTORNEY

**EXHIBIT JJ**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

## United States Patent and Trademark Office

Reg. No. 3,339,426
Registered Nov. 20, 2007

## TRADEMARK
## PRINCIPAL REGISTER

# INTEL. LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: BINDERS, BOOKENDS, BOOKMARKERS,
BOXES FOR PENS, CALENDARS, WRITING TA-
BLETS, DRAWING TABLETS, PAINTING TABLETS,
NOTE CARDS, SELF-ADHESIVE NOTE PADS,
DESK PADS, CALENDAR DESK PADS, PENS, PEN-
CILS, FOLDERS, PAPERWEIGHTS, PEN AND PEN-
CIL HOLDERS, PHOTOGRAPH STANDS,
DRAWING RULERS, UNGRADUATED RULERS,
DRAFTING RULERS, GIFT WRAP PAPER, ERA-
SERS, MARKERS, CRAYONS, CHALK, DESK SETS,
DESKTOP ORGANIZERS, BUMPER STICKERS;
COMPUTER INSTRUCTION MANUALS; WHITE
PAPERS; PRINTED PUBLICATIONS IN THE NAT-
URE OF NEWSLETTERS, BOOKS, MAGAZINES,
JOURNALS, BROCHURES AND WHITE PAPERS

IN THE AREA OF COMPUTERS, TELECOMMUNI-
CATIONS, ENTERTAINMENT, TELEPHONY, AND
WIRELESS COMMUNICATIONS, IN CLASS 16 (U.S.
CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF FED REP GERMANY REG. NO.
30558256, DATED 7-24-2006, EXPIRES 9-30-2015.

OWNER OF U.S. REG. NOS. 914,978, 939,641 AND
OTHERS.

SER. NO. 78-779,533; FILED 12-22-2005.

TARAH HARDY, EXAMINING ATTORNEY

# EXHIBIT KK

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

Reg. No. 3,339,427

## United States Patent and Trademark Office

Registered Nov. 20, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# INTEL LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACKPACKS, BEACH BAGS, DUFFEL
BAGS, PURSES, GYM BAGS, SPORT BAGS, LEA-
THER SHOPPING BAGS, NET SHOPPING BAGS,
FABRIC SHOPPING BAGS, FANNY PACKS, AND
UMBRELLAS; LEATHER AND IMITATION LEA-
THER AND GOODS MADE FROM THESE MATE-
RIALS; TRAVEL BAGS, LUGGAGE, SCHOOL BAGS,
BACKPACKS, BEACH BAGS, DUFFEL BAGS, FAN-
NY PACKS, AND UMBRELLAS; LEATHER AND
IMITATIONS OF LEATHER AND GOODS MADE
FROM THESE MATERIALS; TRAVEL BAGS, LUG-
GAGE, SCHOOL BAGS, BACKPACKS, BEACH
BAGS, DUFFEL BAGS, FANNY PACKS, AND UM-
BRELLAS; LEATHER AND IMITATIONS OF LEA-
THER AND GOODS MADE FROM THESE
MATERIALS, NAMELY, OVERNIGHT BAGS,
SCHOOL BAGS, SCHOOL BOOK BAGS, TOTE BAGS,
WAIST PACKS, DRAWSTRING POUCHES, DOCU-
MENT CASES, ATTACHÉ CASES, BRIEFCASE-
TYPE PORTFOLIOS, WALLETS; LEATHER KEY
CHAINS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30558256.9/0,
FILED 9-29-2005, REG. NO. 30558256, DATED 7-24-
2006, EXPIRES 9-30-2015.

OWNER OF U.S. REG. NOS. 1,725,692 AND
2,250,491.

SER. NO. 78-779,547, FILED 12-22-2005.

TARAH HARDY, EXAMINING ATTORNEY

# EXHIBIT LL

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 3,339,428
Registered Nov. 20, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL. LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: MUGS, CUPS, DRINKING GLASSES, PLAS-
TIC WATER BOTTLES SOLD EMPTY, SPORTS
BOTTLES SOLD EMPTY, IN CLASS 21 (U.S. CLS. 2,
13, 23, 29, 30, 33, 40 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30558256.9/0,
FILED 9-29-2005, REG. NO. 30558256, DATED 7-24-
2006, EXPIRES 9-30-2015.

OWNER OF U.S. REG. NOS. 1,723,243, 2,276,580
AND OTHERS.

SER. NO. 78-779,552, FILED 12-22-2005.

TARAH HARDY, EXAMINING ATTORNEY

**EXHIBIT MM**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,244,085
Registered May 22, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORA-
TION)

2200 MISSION COLLEGE BOULEVARD

SANTA CLARA, CA 95052

FOR: CLOTHING; T-SHIRTS, SHIRTS, TANK
TOPS, BEACHWEAR, LOUNGEWEAR, BOXER
SHORTS, LEATHER JACKETS, SWEATERS,
SWEATSHIRTS, SWEAT SUITS, COVERALLS,
JACKETS, PANTS, SHORTS, TIES, BANDANNAS,
HEADWEAR, FOOTWEAR, BAGS, BOW TIES, CAR-
DIGANS, GLOVES, GYM SUITS, HATS, JACKETS,
JOGGING SUITS, NECKTIES, POLO SHIRTS,
SCARVES, INFANT ROMPERS, SMOCKS, SOCKS
AND VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30558256.9/0,
FILED 9-29-2005, REG. NO. 30558256, DATED 7-24-
2006, EXPIRES 9-30-2015.

OWNER OF U.S. REG. NOS. 1,725,692 AND
2,254,525.

SER. NO. 78-779,561, FILED 12-22-2005.

CAROLYN CATALDO, EXAMINING ATTORNEY

**EXHIBIT NN**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

United States Patent and Trademark Office

Reg. No. 3,339,429
Registered Nov. 20, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS, PLUSH
TOYS, DOLLS, BEAN BAGS, TOY VEHICLES;
GAMES, NAMELY, BOARD GAMES, STAND
ALONE VIDEO GAMES; CHRISTMAS TREE ORNA-
MENTS; ELECTRONIC HANDHELD PORTABLE
UNIT FOR PLAYING VIDEO GAMES, IN CLASS 28
(U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF FED REP GERMANY REG. NO.
30558256, DATED 7-24-2006, EXPIRES 9-30-2015.

OWNER OF U.S. REG. NOS. 1,723,243, 2,261,531,
AND 2,261,580.

SER. NO. 78-779,569, FILED 12-22-2005.

TARAH HARDY, EXAMINING ATTORNEY

**EXHIBIT OO**

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 3,339,430

**United States Patent and Trademark Office**

Registered Nov. 20, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL. LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TRAINING SERVICES IN THE FIELDS OF NETWORKS, NETWORK SYSTEM DESIGN, NETWORK OPERATION, NETWORK MAINTENANCE, NETWORK TESTING, NETWORK PROTOCOLS, NETWORK MANAGEMENT, NETWORK ENGINEERING, COMPUTERS, SOFTWARE, MICROPROCESSORS AND INFORMATION TECHNOLOGY; ENTERTAINMENT SERVICES, NAMELY, ORGANIZING EXHIBITIONS FOR COMPUTER GAMING, PROVIDING ON-LINE COMPUTER GAMES, AND ORGANIZING COMMUNITY SPORTING AND CULTURAL EVENTS; PROVIDING ON-LINE PUBLICATIONS IN THE NATURE OF MAGAZINES, NEWSLETTERS, JOURNALS, BOOKS AND BROCHURES IN THE AREAS OF PHOTOGRAPHY, IMAGING AND RELATED GOODS AND SERVICES; EDUCATION SERVICES, NAMELY, PROVIDING SEMINARS, COURSES AND TUTORIAL SESSIONS IN THE FIELD OF DIGITAL IMAGING VIA GLOBAL COMPUTER NETWORKS; PROVIDING A DATABASE OF DIGITAL IMAGES ON-LINE FOR USE BY CONSUMERS; PROVIDING AN ON-LINE LIBRARY OF DIGITAL IMAGES WHICH MAY BE SHARED BY USERS; PHOTOGRAPHIC AND IMAGE LIBRARY SERVICES; COMPUTERIZED ON-LINE EDUCATION SERVICES, NAMELY, PROVIDING CLASSES, SEMINARS, TUTORIAL SESSIONS, CONFERENCES AND WORKSHOPS IN THE FIELD OF COMPUTERS, COMPUTER HARDWARE, MICROPROCESSORS, SOFTWARE AND COMPUTER NETWORKS; COMPUTERIZED ONLINE TRAINING SERVICES IN THE FIELD OF COMPUTERS, COMPUTER HARDWARE, MICROPROCESSORS, SOFTWARE AND COMPUTER NETWORKS; EDUCATIONAL SERVICES, NAMELY, PROVIDING INTERACTIVE TUTORIAL SESSIONS AND COURSES IN THE NATURE OF HOW-TO GUIDES, TIPS AND TECHNIQUES, EXPERT GUIDANCE AND ADVICE, ALL RELATING TO THE PURCHASE, USE, CARE, MAINTENANCE, SUPPORT, UPGRADING, UPDATING AND CONFIGURING OF COMPUTER HARDWARE, COMPUTER SOFTWARE, COMPUTER NETWORKS, TELECONFERENCING AND COMMUNICATIONS GOODS AND SERVICES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE THAT ALLOWS COMPUTER USERS TO UPLOAD, DOWNLOAD AND CREATE ON-LINE PHOTO ALBUMS, ELECTRONIC POSTCARDS, ADDRESS BOOKS, AND CALENDARS; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, CONFERENCES AND ONLINE EDUCATIONAL FORUMS IN THE FIELD OF COMPUTER AND SOFTWARE USE, NAVIGATION OVER GLOBAL COMPUTER NETWORKS, COMPUTER SCIENCE AND TECHNOLOGY, COMPUTER MANAGEMENT, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH; DEVELOPING AND DISSEMINATING EDUCATIONAL MATERIALS DESIGNED TO INCREASE TECHNOLOGY LITERACY AMONG STUDENTS; TRAINING SERVICES FOR NETWORK HARDWARE AND SOFTWARE; TRAINING SERVICES IN THE FIELD OF ONLINE BUSINESS SOLUTIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 30558256.9/0, FILED 9-29-2005, REG. NO. 30558256, DATED 7-24-2006, EXPIRES 9-30-2015.

OWNER OF U.S. REG. NOS. 914,978, 938,772, AND 2,585,551.

**EXHIBIT PP**

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,343,893

Registered Nov. 27, 2007

## SERVICE MARK
## PRINCIPAL REGISTER

# INTEL. LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: WEB SITE HOSTING SERVICES; COMPU-
TER NETWORK MANAGEMENT SERVICES,
NAMELY, MONITORING OF NETWORK SYSTEMS
FOR TECHNICAL PURPOSES; HOSTING OF DIGI-
TAL CONTENT ON THE INTERNET; COMPUTER
NETWORK MONITORING SERVICES, NAMELY,
PROVIDING INFORMATION ON THE OPERATION
OF COMPUTER NETWORKS; CUSTOMIZATION
OF WEB SOFTWARE, COMPUTER USER INTER-
FACE DESIGN FOR OTHERS, AND WEB SITE
CONTENT MANAGEMENT AND INTEGRATION;
WEB SITE DEVELOPMENT AND MAINTENANCE
FOR OTHERS; CONSULTING SERVICES IN THE
FIELD OF COMPUTERS AND WIRELESS COMPUT-
ING; PROVIDING TEMPORARY USE OF NON-
DOWNLOADABLE SOFTWARE FOR ENHANCING
AND PROVIDING REAL-TIME TRANSFER,
TRANSMISSION, RECEPTION, PROCESSING AND
DIGITIZING OF AUDIO AND VIDEO GRAPHICS
INFORMATION; PROVIDING TEMPORARY USE
OF NON-DOWNLOADABLE SOFTWARE FOR PRO-
CESSING, STORAGE, RETRIEVAL, TRANSMIS-
SION, DISPLAY, INPUT, OUTPUT,
COMPRESSING, DECOMPRESSING, MODIFYING,
BROADCASTING AND PRINTOUT OF DATA; PRO-
VIDING TEMPORARY USE OF NON-DOWNLOAD-
ABLE SOFTWARE FOR ENSURING THE
SECURITY OF COMPUTER NETWORKS, FOR AC-
CESS CONTROL AND SECURITY, AND FOR USE
IN PROTECTING COMPUTER NETWORKS FROM
DATA THEFT OR DAMAGE BY UNAUTHORIZED
USERS; PROVIDING TEMPORARY USE OF NON-
DOWNLOADABLE SOFTWARE FOR THE TRANS-
MISSION AND RECEIPT OF FACSIMILES; PROVID-
ING TEMPORARY USE OF NON-
DOWNLOADABLE SOFTWARE FOR THE DEVEL-
OPMENT, MAINTENANCE, AND USE OF LOCAL
AND WIDE AREA COMPUTER NETWORKS; PRO-
VIDING TEMPORARY USE OF NON-DOWNLOAD-
ABLE SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF INTERACTIVE
AUDIO-VIDEO COMPUTER CONFERENCE SYS-
TEMS; PROVIDING TEMPORARY USE OF NON-
DOWNLOADABLE SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST VI-
DEO, AUDIO, AND DIGITAL DATA SIGNALS;
PROVIDING TEMPORARY USE OF NON-DOWN-
LOADABLE SOFTWARE FOR CREATING, FACIL-
ITATING, AND MANAGING REMOTE ACCESS TO
AND COMMUNICATION WITH LOCAL AREA
NETWORKS (LANS), VIRTUAL PRIVATE NET-
WORKS (VPN), WIDE AREA NETWORKS (WANS)
AND GLOBAL COMPUTER NETWORKS; PROVID-
ING TEMPORARY USE OF NON-DOWNLOAD-
ABLE SOFTWARE FOR USE IN PROVIDING
MULTIPLE USER ACCESS TO A GLOBAL COMPU-
TER INFORMATION NETWORK FOR SEARCH-
ING, RETRIEVING, TRANSFERRING,
MANIPULATING AND DISSEMINATING A WIDE
RANGE OF INFORMATION; PROVIDING TEM-
PORARY USE OF NON-DOWNLOADABLE SOFT-
WARE TOOLS FOR THE FACILITATION OF THIRD
PARTY SOFTWARE APPLICATIONS; PROVIDING
TEMPORARY USE OF NON-DOWNLOADABLE
SOFTWARE FOR WIRELESS NETWORK COMMU-
NICATIONS; CUSTOM COMPUTER SOFTWARE
AND HARDWARE DEVELOPMENT, DESIGN,
AND CONSULTING SERVICES; LEASING OF COM-
PUTER EQUIPMENT, NAMELY, COMPUTERS,
COMPUTER HARDWARE, PERIPHERALS, COM-
PUTER COMPONENTS, COMPUTER SOFTWARE
AND COMPUTER PRINTERS; DESIGNING AND
DEVELOPING STANDARDS FOR OTHERS IN THE
DESIGN AND IMPLEMENTATION OF COMPUTER
SOFTWARE, COMPUTER HARDWARE AND TEL-
ECOMMUNICATIONS EQUIPMENT; PROVIDING
CUSTOMERS AND TECHNICIANS WITH INFOR-
MATION RELATING TO COMPUTER PROJECT

**EXHIBIT QQ**

MANAGEMENT, IN CLASS 42 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 30558256.9/0.

FILED 9-29-2005, REG. NO. 30558256, DATED 7-24-2005, EXPIRES 9-30-2015.

OWNER OF U.S. REG. NOS. 2,585,551 AND 3,029,954.

SER. NO. 78-779,584, FILED 12-22-2005.

CAROLYN CATALDO, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,383,057

Registered Feb. 12, 2008

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: BOXES FOR PENS, DESK PADS, PENS,
PENCILS, COMPUTER INSTRUCTION MANUALS;
WHITE PAPERS; PRINTED PUBLICATIONS IN THE
NATURE OF NEWSLETTERS, BOOKS, MAGA-
ZINES, JOURNALS, BROCHURES AND WHITE
PAPERS IN THE AREA OF COMPUTERS, TELE-
COMMUNICATIONS, ENTERTAINMENT, AND

WIRELESS COMMUNICATIONS, IN CLASS 16
(U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-3-2006; IN COMMERCE 1-3-2006.

OWNER OF U.S. REG. NOS. 914,978, 938,772, AND
939,641.

SN 78-779,691, FILED 12-22-2005.

TARAH HARDY, EXAMINING ATTORNEY

**EXHIBIT RR**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 3,331,803
Registered Nov. 6, 2007

## TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: DATA PROCESSORS; COMPUTERS; SEMI-
CONDUCTORS; MICROPROCESSORS; SEMICON-
DUCTOR DEVICES; INTEGRATED CIRCUITS;
COMPUTER CHIPSETS; COMPUTER MOTHER-
BOARDS AND DAUGHTERBOARDS; COMPUTER
SOFTWARE, NAMELY, COMPUTER OPERATING
SYSTEMS, COMPUTER UTILITY SOFTWARE, AND
OTHER COMPUTER SOFTWARE USED TO MAIN-

TAIN AND OPERATE A COMPUTER SYSTEM;
PROGRAMMABLE DATA PROCESSORS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2005; IN COMMERCE 11-0-2005.

OWNER OF U.S. REG. NOS. 914,978 AND 3,019,987.

SN 78-775,512, FILED 12-16-2005.

CAROLYN CATALDO, EXAMINING ATTORNEY

# EXHIBIT SS



## State of California

## SECRETARY OF STATE

Trademark Reg. No. 63565       Class No. 9       Renewal No. 16828

### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

**Name of Applicant:**   Intel Corporation
**Business Address:**   2200 Mission College Blvd. Santa Clara, CA 95052
**Date First Used in California:**   March 11, 1969
**Date First Used Anywhere:**   March 11, 1969
**Description of Trademark:**   Intel
**Description of Goods on Which the Trademark is Used:**   Integrated circuits, registers, and semi-conductor memories and test and programming equipment for such products
**Date of Registration:**   May 15, 1981
**Term of Registration Extends to and Includes:**   May 15, 2011

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 16th day of May, 2001



BILL JONES
Secretary of State

NP-24 A (Rev. 1-96)

**EXHIBIT TT**

OSP 99 21839



## SECRETARY OF STATE

**Trademark Reg. No.** 94220     **Class No.** 16     **Renewal No.** 16856

### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES*, Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

**Name of Applicant:** Intel Corporation
**Business Address:** 2200 Mission College Blvd. Santa Clara, CA 95052
**Date First Used in California:** August 1, 1973
**Date First Used Anywhere:** August 1, 1973
**Description of Trademark:** Intel
**Description of Goods on Which the Trademark is Used:** Printed material, such as pamphlets, manuals relating to data technology and semiconductor devices
**Date of Registration:** June 18, 1991
**Term of Registration Extends to and Includes:** June 18, 2011

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 19th day of June, 2001



BILL JONES
Secretary of State

NP-24 A (Rev. 1-96)                                                        OSP 99 21639

## EXHIBIT UU



### State of California

## SECRETARY OF STATE

Trademark Reg. No. 94221     Class No. 9     Renewal No. 16857
### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

Name of Applicant:    Intel Corporation
Business Address:    2200 Mission College Blvd. Santa Clara, CA 95052
Date First Used in California:    March 11, 1969
Date First Used Anywhere:    March 11, 1969
Description of Trademark:    Intel
Description of Goods on Which the Trademark is Used:    Integrated circuits, registers, and semiconductor memories
Date of Registration:    June 18, 1991
Term of Registration Extends to and Includes:    June 18, 2011



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 19th day of June, 2001

BILL JONES
Secretary of State

## EXHIBIT VV

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| INTEL CORPORATION, a Delaware corporation | INTELLINITIATIVE, Delaware corporation |

| (b) County of Residence of First Listed Plaintiff Santa Clara, California (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
|---|---|
| (c) Attorney's (Firm Name, Address, and Telephone Number) Harvey Siskind LLP 4 Embarcadero Center, 39th Floor San Francisco, CA 94111 Tel: 415-354-0100  Fax: 415-391-7124 | Attorneys (If Known) E-filing |

HRL

ADR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 151 Medicare Act ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholders' Suits ☐ 190 Other Contract ☐ 195 Contract Product Liability ☐ 196 Franchise | PERSONAL INJURY ☐ 310 Airplane ☐ 315 Airplane Product Liability ☐ 320 Assault, Libel & Slander ☐ 330 Federal Employers' Liability ☐ 340 Marine ☐ 345 Marine Product Liability ☐ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability ☐ 360 Other Personal Injury | PERSONAL INJURY ☐ 362 Personal Injury— Med. Malpractice ☐ 365 Personal Injury — Product Liability ☐ 368 Asbestos Personal Injury Product Liability PERSONAL PROPERTY ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | ☐ 610 Agriculture ☐ 620 Other Food & Drug ☐ 625 Drug Related Seizure of Property 21 USC 881 ☐ 630 Liquor Laws ☐ 640 R.R. & Truck ☐ 650 Airline Regs. ☐ 660 Occupational Safety/Health ☐ 690 Other LABOR ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt.Reporting & Disclosure Act ☐ 740 Railway Labor Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158 ☐ 423 Withdrawal 28 USC 157 PROPERTY RIGHTS ☐ 820 Copyrights ☐ 830 Patent ☒ 840 Trademark SOCIAL SECURITY ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) FEDERAL TAX SUITS ☐ 870 Taxes (U.S. Plaintiff or Defendant) ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 400 State Reapportionment ☐ 410 Antitrust ☐ 430 Banks and Banking ☐ 450 Commerce ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations ☐ 480 Consumer Credit ☐ 490 Cable/Sat TV ☐ 810 Selective Service ☐ 850 Securities/Commodities/ Exchange ☐ 875 Customer Challenge 12 USC 3410 ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts ☐ 892 Economic Stabilization Act ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act ☐ 895 Freedom of Information Act ☐ 900 Appeal of Fee Determination Under Equal Access to Justice ☐ 950 Constitutionality of State Statutes |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | | |
| ☐ 210 Land Condemnation ☐ 220 Foreclosure ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | ☐ 441 Voting ☐ 442 Employment ☐ 443 Housing/ Accommodations ☐ 444 Welfare ☐ 445 Amer. w/Disabilities – Employment ☐ 446 Amer. w/Disabilities – Other ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence Habeas Corpus: ☐ 530 General ☐ 535 Death Penalty ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition IMMIGRATION ☐ 462 Naturalization Application ☐ 463 Habeas Corpus – Alien Detainee ☐ 465 Other Immigration Actions | | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | Transferred from | | Appeal to District |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § 1114; 15 U.S.C. § 1125(a); 15 U.S.C. § 1125(c);

Brief description of cause:
Trademark Infringement; False Designation of Origin; Trademark Dilution

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". |
|---|---|

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)    ☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

| DATE 4.24.08 | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|

08-289 HRL