UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTEL CORPORATION,

        Plaintiff(s),

v.

INTELLINITIATIVE, INC.

        Defendant(s).

No. C 08 2129 HRL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 4, 2008

Signature

Counsel for Intel Corporation
(Plaintiff, Defendant or indicate "pro se")

|     |                                                                                                                                                                                                                                                                                                                                                                        |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | **PROOF OF SERVICE**                                                                                                                                                                                                                                                                                                                                                   |
| 2   |                                                                                                                                                                                                                                                                                                                                                                        |

**PROOF OF SERVICE**

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Paul W. Siegert, Esq.
15 East 32nd Street, 3rd Floor
New York, NY 10016

__X__   **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

_____   **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

_____   **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

_____   **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

__X__   **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

_____   **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 4, 2008 at San Francisco, California.

_____
Cynthia Lee