UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INTEL CORPORATION, | ) ) ) | No. C 08 2129 HRL |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| INTELLINITIATIVE, INC., | ) ) ) | |
| Defendant. | ) ) ) ) | |

## CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United Sttes Court of Appeals for the Ninth Circuit.

Dated: New York, NY
      June 10, 2008

Respectfully submitted,

**INTELLINITIATIVE, INC.**

By its attorney

By: _____
Paul W. Siegert (PWS-8521)
15 East 32nd Street, 3rd Floor
New York, NY 10016
Tel:  (212) 564-8181
Fax:  (212) 564-4414
Email: Paulsiegert@aol.com

## CERTIFICATE OF MAILING

**KYONG KIM** certifies that she is not a party to this proceeding, is over the age of 18 years, and resides in New York, NY and that on the 10th day of June, 2008, she served the within  Consent to Proceed before Magistrate Judge  upon the following attorney and/or party at the following address:

Harvey Siskind LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111

By depositing a true copy thereof enclosed in a properly addressed, post-paid wrapper, by first class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
KYONG KIM

Dated:  New York, NY
        June 10, 2008