HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
e-mail: pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
e-mail: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

*E-filed 06/27/08*

Attorneys for Plaintiff
Intel Corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTELLINITIATIVE, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 08 2129 HRL<br><br>**STIPULATED PERMANENT INJUNCTION; [PROPOSED] ORDER** |

The Parties hereto have reached a negotiated settlement of all claims which includes the entry of the following injunction against Defendant Intellinitiative, Inc. ("Intellinitiative"):

**WHEREAS**, Plaintiff Intel Corporation ("Intel") filed this action against Intellinitiative on April 24, 2008, asserting claims of Federal Trademark Infringement, Federal Trademark Dilution, Federal False Designation of Origin, California Trademark Infringement, California Trademark Dilution, California Statutory Unfair Competition, and California Common Law Passing Off and Unfair Competition; and

**WHEREAS**, the Parties have settled their dispute and respectfully ask that the Court enter this injunction.

**Accordingly, ORDERED, ADJUDGED, and DECREED as follows:**

1. As of February 28, 2009, Intellinitiative and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, are permanently enjoined and restrained from using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, the Intellinitiative, Inc. trade name, the INTELLINITIATIVE trademark, and the domain names intellinitiative.com, intellinitiative.net, and intellinitiative.biz.

2. As of February 28, 2009, Intellinitiative and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, are permanently enjoined and restrained from doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between Intellinitiative and Intel.

3. As of February 28, 2009, Intellinitiative and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, are permanently enjoined and restrained from committing any acts which will tarnish, blur, or dilute, or are likely to tarnish, blur, or dilute, the distinctive quality of the famous INTEL mark.

4. No later than February 28, 2009, Intellinitiative shall take all steps necessary to remove the name "Intellinitiative," and any other of its business names that contain "Intel," from

the records of the States of Delaware and Massachusetts, and any other states in which Intellinitiative is incorporated or qualified to do business.

5. No later than May 26, 2008, Intellinitiative shall formally abandon its application under Serial No. 76661833 to register the mark INTELLINITIATIVE in the United States Patent and Trademark Office.

6. No later than February 28, 2009, Intellinitiative shall remove all content from the websites www.intellinitiative.com, www.intellinitiative.net, and www.intellinitiative.biz, and shall let the domain registrations lapse when they are set to expire on February 16, 2013, May 2, 2012, and May 1, 2012, respectively.

Dated: May 30, 2008

Respectfully submitted,

HARVEY SISKIND LLP

By: _____
Seth I. Appel

Attorneys for Plaintiff
INTEL CORPORATION

PAUL W. SIEGERT, ESQ.

_____

Attorney for Defendant
INTELLINITIATIVE, INC.

IT IS SO ORDERED this 25 day of June, 2008.

_____
The Honorable Howard R. Lloyd
United States Magistrate Judge

STIPULATED PERMANENT INJUNCTION AND ORDER                    Case No. CV 08 2129 HRL

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Seth I. Appel sappel@harveysiskind.com
D. Peter Harvey pharvey@harveysiskind.com
Paul W. Siegert, Esq., 15 East 32nd Street, 3rd Floor, New York, NY 10016

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date: 06/27/08

\_\_\_\_\_MPK_____
Chambers of Magistrate Judge Howard R. Lloyd